William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
AIU INSURANCE COMPANY,                                                :
                                                                      :     **ECF DOCUMENT**
                              Plaintiff,                              :
                                                                      :
           -against-                                                  :     Civil Action No. 07 CIV 7052
                                                                      :
TIG INSURANCE COMPANY,                                                :
                                                                      :
                              Defendant.                              :
                                                                      :
-------------------------------------------------------------------- x

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Plaintiff AIU Insurance Company ("AIU"), by and through its undersigned attorneys, Wollmuth Maher & Deutsch LLP, in connection with its Complaint against defendant TIG Insurance Company ("TIG"), and pursuant to Federal Rule of Civil Procedure 7.1, states and discloses as follows:

1.  AIU is an indirect subsidiary of American International Group, Inc. ("AIG"), a publicly held corporation. 100% of the stock of AIU is owned by indirect subsidiaries of AIG, all of which are in turn wholly-owned by a wholly-owned, direct subsidiary of AIG.

2. AIG owns 10% or more of the stock or an equivalent interest of AIU.

Dated: August 7, 2007
      New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: _____
William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)

500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company

2