Sean Thomas Keely (SK-8593)
LOVELLS LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600

Attorneys for Defendant TIG Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AIU INSURANCE COMPANY,

                Plaintiff,                Case No. 07-CV-7052 (SHS)

  -against-

                                        **RULE 7.1 Statement**

TIG INSURANCE COMPANY,

                Defendant.

-----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court evaluate possible disqualification or recusal, defendant TIG Insurance Company ("TIG") provides the following identification of corporate parents and any publicly held corporation that owns 10% or more of its stock:

1. TIG is a wholly-owned subsidiary of TIG Insurance Group, Inc., a holding company that is ultimately a wholly-owned subsidiary of Fairfax Financial Holdings Limited ("Fairfax").

2. Fairfax is a public company that is traded on the Canadian and New York Stock Exchanges as "FFH."

- 2 -

3. There are no other ownership interests in TIG.

Dated: New York, New York
      September 17, 2007

                                        LOVELLS LLP

By: _____
     Sean Thomas Keely (SK-8593)
     590 Madison Ave.
     New York, New York 10022
     Phone: (212) 909-0600
     Fax:   (212) 909-0660

Attorneys for Defendant
TIG Insurance Company

OF COUNSEL:

James I. Rubin
Catherine E. Isely
Amy A. Pines
Julie Rodriguez Aldort
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602
(312) 444-9660