

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AIU INSURANCE COMPANY,

    Plaintiff,

-against-

TIG INSURANCE COMPANY,

    Defendant.
------------------------------------------------------X

Case No. 07 CIV 7052
(Judge Stein)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
        S.S.:
COUNTY OF LOS ANGELES  )

Ronald Bonilla, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 27th day of August, 2007, at approximately the time of 12:20 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; DISCLOSURE STATEMENT PURSUANT TO RULE 7.1; CIVIL COVER SHEET; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN upon TIG INSURANCE COMPANY c/o CT Corporation at 818 West Seventh Street, 2nd Floor, Los Angeles, CA, by personally delivering and leaving the same with MARGARET WILSON who informed deponent that she is authorized by appointment to receive service at that address.

MARGARET WILSON is a white female, approximately 40 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 165 pounds with white hair.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on this 31 day of August, 2007 By Ronald Bonilla, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

AIU Insurance Company

V.

TIG Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ 7052

JUDGE STEIN

TO: (Name and address of Defendant)

TIG Insurance Company
c/o Jere Keprios
CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Maher
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 0 7 2007

J. MICHAEL McMAHON

CLERK

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____   _____
　　　　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.