UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AIU INSURANCE COMPANY,

                Plaintiff,

    -against-

TIG INSURANCE COMPANY,                    Case No. 07-CV-7052 (SHS)

                Defendant.                **MOTION TO ADMIT COUNSEL**
                                                        **PRO HAC VICE**
-----------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Sean Thomas Keely, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Catherine E. Isely, Esq.
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street, Suite 1800
        Chicago, IL 60602
        Phone: (312) 444-9660
        Fax:    (312) 444-9287

Catherine E. Isely is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Catherine E. Isely in any State or Federal Court.

- 2 -

Dated:    New York, New York
          September 26, 2007

                                                Respectfully submitted,

                                                LOVELLS LLP

                                                By:  _____
                                                     Sean Thomas Keely (SK-8593)

                                                590 Madison Ave.
                                              New York, NY 10022
                                              Phone: (212) 909-0600
                                              Fax:   (212) 909-0660

                                              *Attorneys for Defendant*
                                              *TIG Insurance Company*

TO:   William A. Maher, Esq.
      Marc L. Abrams, Esq.
      Wollmuth Maher & Deutsch LLP
      500 Fifth Avenue
      New York, New York 10110
      (212) 382-3300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AIU INSURANCE COMPANY,

               Plaintiff,

-against-       Case No. 07-CV-7052 (SHS)

TIG INSURANCE COMPANY,       **AFFIDAVIT OF
SEAN THOMAS KEELY
IN SUPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

               Defendant.

------------------------------------------------------------x

STATE OF NEW YORK  )
                           )  ss:
COUNTY OF NEW YORK  )

    Sean Thomas Keely, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel with the firm Lovells LLP, counsel for Defendant TIG Insurance Company in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Catherine E. Isely as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and this Court.

3. Catherine E. Isely is a member of the firm Butler Rubin Saltarelli & Boyd LLP, and is a member in good standing of the bar of the Supreme Court of Illinois. An original certificate of good standing issued by the clerk of the Supreme Court of Illinois is attached hereto as Exhibit A.

4. I have found Ms. Isely to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Catherine E. Isely, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Catherine E. Isely, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the Court grant the motion to admit Catherine E. Isely, to represent Defendant in the above-captioned matter.

Sworn to before me this
26th day of September, 2007.

_____
Notary Public

ANDREW M. BEHRMAN
Notary Public, State of New York
Reg. No. 02BE6132944
Qualified in New York County
Commission Expires Aug. 29, 2009

Respectfully submitted,

LOVELLS LLP

By: _____
Sean Thomas Keely (SK-8593)

590 Madison Ave.
New York, NY 10022
Phone: (212) 909-0600
Fax:    (212) 909-0660

Attorneys for Defendant
TIG Insurance Company

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Catherine Eleanor Isely

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Catherine Eleanor Isely was duly admitted to practice in said Court on (12/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (09/05/2007 )

Michael W. Dobbins, Clerk,

By: David A. Jozwiak
      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AIU INSURANCE COMPANY,

                Plaintiff,

  -against-                                 Case No. 07-CV-7052 (SHS)

TIG INSURANCE COMPANY,                **ORDER FOR ADMISSION**
                                                           **PRO HAC VICE**
                Defendant.                  **ON WRITTEN MOTION**

------------------------------------------------------------x

      Upon the motion of Sean Thomas Keely, attorney for Defendant TIG Insurance Company, and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that

        Catherine E. Isely, Esq.
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street, Suite 1800
        Chicago, IL  60602
        Phone: (312) 444-9660
        Fax:   (312) 444-9287
        Email:  cisely@butlerrubin.com

is admitted to practice pro hac vice as counsel for Defendant TIG Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:     New York, New York
               September ___, 2007

                                              _____
                                                  United States District Judge

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is: 590 Madison Avenue, New York, New York, 10022.

On September 26, I served the **MOTIONS TO ADMIT COUNSEL PRO HAC VICE** with respect to Julie Aldort, Catherine Isely, Amy Pines and James Rubin in this action by placing true copies thereof in sealed envelopes addressed as follows:

> William A. Maher, Esq.
> Marc L. Abrams, Esq.
> Wollmuth Maher & Deutsch LLP
> 500 Fifth Avenue
> New York, New York 10110
> (212) 382-3300

**BY EXPRESS DELIVERY (VIA FEDERAL EXPRESS):** I caused said envelope(s) to be delivered within three business days via Federal Express in lieu of delivery by mail to the addressee(s).

Executed on September 26, 2007 at New York, New York.

I declare that I am employed in the office of counsel for defendant TIG Insurance Company at whose direction the service was made.

_____
EAMON MASON