UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AIU INSURANCE COMPANY,

          Plaintiff,

-against-                             Case No. 07-CV-7052 (SHS)

TIG INSURANCE COMPANY,              **ORDER FOR ADMISSION**
                                                         **PRO HAC VICE**
          Defendant.                     **ON WRITTEN MOTION**

-------------------------------------------------------------x

Upon the motion of Sean Thomas Keely, attorney for Defendant TIG Insurance Company, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Julie Rodriguez Aldort, Esq.
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street, Suite 1800
        Chicago, IL  60602
        Phone: (312) 444-9660
        Fax:    (312) 444-9287
        Email:  jaldort@butlerrubin.com

is admitted to practice pro hac vice as counsel for Defendant TIG Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

                                                              SO ORDERED 10/1/07

                                                              SIDNEY H. STEIN
                                                              U.S.D.J.