```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AIU INSURANCE COMPANY,                :       07 Civ. 7052 (SHS)

              Plaintiff,            :

    -against-                                  :       <u>ORDER</u>

TIG INSURANCE COMPANY,                :

             Defendant.            :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a pretrial conference on January 18, 2008, at 10:00 a.m.; and

    2.    The last day for completion of fact discovery is June 20, 2008.

Dated: New York, New York
       October 11, 2007

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.