USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AIU INSURANCE COMPANY,                    :     07 Civ. 7052 (SHS)

                Plaintiff,    :

   -against-                                          :     ORDER

TIG INSURANCE COMPANY,                     :

                Defendant.    :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a mid discovery status conference on April 25, 2008, at 10:00 a.m.; and

    2.    The last day for completion of fact discovery remains at June 20, 2008.

Dated: New York, New York
       January 18, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.