Sean Thomas Keely (SK-8593)
LOVELLS LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600
sean.keely@lovells.com

James I. Rubin (*pro hac vice*)
Catherine E. Isely (*pro hac vice*)
Julie Rodriguez Aldort (*pro hac vice*)
BUTLER RUBIN SALTARELLI & BOYD
70 W. Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Defendant
TIG Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
AIU INSURANCE COMPANY,                                 :
                                                       :
                    Plaintiff,                         :
                                                       :
          -v. -                                        :       Civil Action No. 07 CIV 7052 (SHS)
                                                       :
TIG INSURANCE COMPANY,                                 :
                                                       :
                    Defendant.                         :
                                                       :
-------------------------------------------------------X

### NOTICE OF MOTION TO FILE FIRST AMENDED ANSWER

PLEASE TAKE NOTICE that upon Defendant TIG Insurance Company's Memorandum of Law in Support of its Motion For Leave to File First Amended Answer and the Declaration of Julie Rodriguez Aldort, Defendant TIG Insurance Company, by its attorneys, hereby moves the Court for an Order pursuant to Rule 15 of the Federal Rules of Civil Procedure, granting its motion for leave to file its First Amended Answer.

Pursuant to Local Rule 6.1(b) of this Court, any opposing affidavits and answering memoranda shall be served within ten business days of the date set forth below.

Dated:     April 4, 2008

Respectfully submitted,

By: _____
Sean Thomas Keely
Lovells LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600
sean.keely@lovells.com

James I. Rubin, Esq. (*pro hac vice*)
Catherine E. Isely, Esq. (*pro hac vice*)
Julie Rodriguez Aldort, Esq. (*pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

Attorneys for Defendant
TIG Insurance Company