```
                                              STAMP
                                    ┌─────────────────────────┐
                                    │ USDC SDNY               │
                                    │ DOCUMENT                │
                                    │ ELECTRONICALLY FILED    │
                                    │ DOC #:                  │
                                    │ DATE FILED: 4/22/08     │
                                    └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
AIU INSURANCE COMPANY,                 :
                                       :
                    Plaintiff,         :
                                       :
         -v.-                          :   Civil Action No. 07 CIV 7052 (SHS)
                                       :
TIG INSURANCE COMPANY,                 :
                                       :
                    Defendant.         :
                                       :
---------------------------------------X

### JOINT STIPULATION AND ORDER REGARDING TIG INSURANCE COMPANY'S LEAVE TO FILE FIRST AMENDED ANSWER

The parties, AIU Insurance Company ("AIU") and TIG Insurance Company ("TIG"), hereby stipulate to the following with respect to TIG Insurance Company's Motion For Leave to File First Amended Answer:

WHEREAS TIG has filed its Motion for Leave to File First Amended Answer on or about April 4, 2008;

WHEREAS TIG does not anticipate that the addition of TIG's Eighth Affirmative Defense, as provided in its Amended Answer, will create the need for TIG to take new document discovery with respect to the Eighth Affirmative Defense;

WHEREAS the parties reserve the right to amend or supplement their discovery responses as appropriate given the addition of the Eighth Affirmative Defense;

WHEREAS the parties reserve their right to seek or oppose additional document discovery in this case as necessary and appropriate;

<mark>

NOW THEREFORE, the parties, AIU and TIG, jointly stipulate to the filing of TIG's First Amended Answer, attached hereto, and TIG withdraws its Motion for Leave to File First Amended Answer. [18]

Dated: April 21, 2008

*/s/ Marc L. Abrams*

William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Attorneys for Plaintiff AIU Insurance Company

*/s/ Sean Thomas Keely*

Sean Thomas Keely (SK-8593)
Lovells LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600
sean.keely@lovells.com

James I. Rubin, Esq. (IL 02413191 – *admitted pro hac vice*)
Catherine E. Isely, Esq. (IL 06237505 – *admitted pro hac vice*)
Julie Rodriguez Aldort, Esq. (IL 06271412 – *admitted pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660
Attorneys for Defendant TIG Insurance Company

SO ORDERED 4/22/08

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.