```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                              :
AIU INSURANCE COMPANY,                        :
                                              :
                    Plaintiff,                :
                                              :
    -v.-                                      :    Civil Action No. 07 CIV 7052 (SHS)
                                              :
TIG INSURANCE COMPANY,                        :
                                              :
                    Defendant.                :
                                              :
------------------------------------------------------x

### JOINT STIPULATION AND ORDER REGARDING
### TIG INSURANCE COMPANY'S MOTION TO COMPEL

The parties, AIU Insurance Company ("AIU") and TIG Insurance Company ("TIG"), by and through their undersigned counsel, hereby jointly stipulate to the following with respect to TIG Insurance Company's Motion to Compel:

WHEREAS TIG has filed its Motion to Compel; and

WHEREAS TIG served its Motion to Compel on AIU on April 17, 2008; and

WHEREAS pursuant to Local Rule 6.1(a) of this Court, any opposing affidavits and answering memoranda of law shall be served within four business days after service of the moving papers, and any reply affidavits and reply memoranda of law shall be served within one business day after service of the answering papers; now therefore

IT IS HEREBY STIPULATED AND AGREED that AIU's papers in opposition to the Motion to Compel shall be served so as to be received by TIG on Wednesday, April 30, 2008; and it is further

STIPULATED AND AGREED that TIG's reply papers in support of the Motion to Compel shall be served so as to be received by AIU on Tuesday, May 6, 2008.

Dated: April 21, 2008

*/s/ Marc L. Abrams*

William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Attorneys for Plaintiff AIU Insurance Company

*/s/ Julie Rodriguez Aldort*

James I. Rubin, Esq. (IL 02413191 – *admitted pro hac vice*)
Catherine E. Isely, Esq. (IL 06237505 – *admitted pro hac vice*)
Julie Rodriguez Aldort, Esq. (IL 06271412 – *admitted pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660
Attorneys for Defendant TIG Insurance Company

SO ORDERED: 4/22/08

_____
SIDNEY H. STEIN
UNITED STATES DISTRICT COURT JUDGE