Sean Thomas Keely (SK-8593)
Andrew M. Behrman (AB-5949)
LOVELLS LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600

James I. Rubin (*pro hac vice*)
Catherine E. Isely (*pro hac vice*)
Julie Rodriguez Aldort (*pro hac vice*)
BUTLER RUBIN SALTARELLI & BOYD
70 W. Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

Attorneys for Defendant
TIG Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
AIU INSURANCE COMPANY,             :
:
               Plaintiff,       :
:
    -v. -                              :      Civil Action No. 07 CIV 7052
:
TIG INSURANCE COMPANY,             :
:
               Defendant.       :
:
----------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying declarations of Julie Rodriguez Aldort and William Pascale and the exhibits annexed thereto, and Defendant TIG Insurance Company's Memorandum of Law in Support of its Motion to Compel, Defendant TIG Insurance Company, by its attorneys, hereby moves the Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure, granting its motion to compel production of certain documents from Plaintiff AIU Insurance Company.

Pursuant to Local Rule 6.1(a) of this Court, any opposing affidavits and answering memoranda shall be served within four business days of the date set forth below.

Dated: April 17, 2008

By: /s/ AMBel

Sean Thomas Keely (SK-8593)
Andrew M. Behrman (AB-5949)
Lovells LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600
sean.keely@lovells.com

James I. Rubin, Esq. (*pro hac vice*)
Catherine E. Isely, Esq. (*pro hac vice*)
Julie Rodriguez Aldort, Esq. (*pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

Attorneys for Defendant
TIG Insurance Company