USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
AIU INSURANCE COMPANY,               :
:
Plaintiff,        :
:
-v.-                                 :       Civil Action No. 07 CIV 7052 (SHS)
:
TIG INSURANCE COMPANY,               :
:
Defendant.        :
:
-------------------------------------------------------x

### JOINT STIPULATION AND ORDER REGARDING
### AIU INSURANCE COMPANY'S MOTION TO COMPEL

The parties, AIU Insurance Company ("AIU") and TIG Insurance Company ("TIG"), by and through their undersigned counsel, hereby jointly stipulate to the following with respect to AIU Insurance Company's Motion to Compel:

**WHEREAS** AIU has filed its Motion to Compel; and

**WHEREAS** AIU served its Motion to Compel on TIG on May 6, 2008; and

**WHEREAS** pursuant to Local Rule 6.1(a) of this Court, any opposing affidavits and answering memoranda of law shall be served within four business days after service of the moving papers, and any reply affidavits and reply memoranda of law shall be served within one business day after service of the answering papers; now therefore

**IT IS HEREBY STIPULATED AND AGREED** that TIG's papers in opposition to the Motion to Compel shall be served so as to be received by AIU on Tuesday, May 20, 2008; and it is further

**STIPULATED AND AGREED** that AIU's reply papers in support of the Motion to Compel shall be served so as to be received by TIG on Wednesday, May 28, 2008.

Dated: May 8, 2008

*[signature]*

William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Attorneys for Plaintiff AIU Insurance Company

*[signature]*

| | |
|---|---|
| James I. Rubin, Esq. (*pro hac vice*) | Sean Thomas Keely (SK-8593) |
| Catherine E. Isely, Esq. (*pro hac vice*) | Lovells LLP |
| Julie Rodriguez Aldort, Esq. (*pro hac vice*) | 590 Madison Avenue |
| Butler Rubin Saltarelli & Boyd LLP | New York, New York 10022 |
| 70 West Madison Street, Suite 1800 | (212) 909-0600 |
| Chicago, Illinois 60602 | sean.keely@lovells.com |
| (312) 444-9660 | |

Attorneys for Defendant TIG Insurance Company

SO ORDERED: 5/8/08

*[signature]*

SIDNEY H. STEIN
UNITED STATES DISTRICT COURT JUDGE

W0067449v2