Sean Thomas Keely (SK-8593)
LOVELLS LLP
590 Madison Avenue
New York, New York 10022
(212) 909-0600

James I. Rubin (IL 02413191- admitted *pro hac vice*)
Catherine E. Isely (IL 06237505 - admitted *pro hac vice*)
Julie Rodriguez Aldort (IL 6271412, admitted *pro hac vice*)
BUTLER RUBIN SALTARELLI & BOYD
70 W. Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660
Attorneys for Defendant
TIG Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AIU INSURANCE COMPANY,

            Plaintiff,

-v. -                                                                      Civil Action No. 07 CIV 7052

TIG INSURANCE COMPANY,

            Defendant.

------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF JULIE RODRIGUEZ ALDORT

I, Julie Rodriguez Aldort, declare as follows:

1.     I am over the age of 18 years.

2.     I am an attorney duly licensed to practice law in the State of Illinois. I was admitted to appear *pro hac vice* in this matter on October 10, 2007. I am a partner

with the law firm of Butler Rubin Saltarelli & Boyd LLP, counsel for Defendant TIG Insurance Company ("TIG").

3. I submit this affidavit in further support of TIG Insurance Company's Memorandum of Law in Support of its Motion to Compel. I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently thereto.

4. Attached to this declaration as Exhibit A is a true and correct copy of AIU's letter brief dated February 4, 2008.

5.
                    **REDACTED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 5, 2008

_____
Julie Rodriguez-Aldort

W0067220v1