William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
AIU INSURANCE COMPANY,                                              :
                                                                    :
                        Plaintiff,                                  :
                                                                    :   Case No. 07-cv-7052 (SHS)
           -against-                                                :
                                                                    :
TIG INSURANCE COMPANY,                                              :
                                                                    :
                        Defendant.                                  :
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Marc L. Abrams dated May 6, 2008 and the exhibits thereto, and the Memorandum of Law in Support of its Motion to Compel Discovery submitted by Plaintiff AIU Insurance Company ("AIU"), AIU, by its attorneys, Wollmuth Maher & Deutsch, hereby moves the Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure, granting its motion to compel production of certain documents held by Defendant TIG Insurance Company.

Pursuant to Local Rule 6.1(a) of this Court, any opposing affidavits and answering memoranda shall be served within four business days of the date set forth below.

Dated: May 6, 2008
New York, New York

                WOLLMUTH MAHER & DEUTSCH LLP

By _____
      William A. Maher (WM-9470)
      Marc L. Abrams (MA-6600)

500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company