# EXHIBIT J

# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

April 9, 2008

<u>BY E-MAIL AND</u>
<u>FIRST CLASS MAIL</u>
Julie Rodriguez Aldort, Esq.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602

Re:     AIU Insurance Company v. TIG Insurance Company,
        <u>Case No. 07-cv-7052 (SHS)</u>

Dear Julie:

Thank you for taking the time to speak with me on Monday, April 7, 2008 regarding certain document discovery issues. Below I seek to confirm and memorialize our discussions to avoid any future misunderstandings:

1.      <u>Inspection Documents.</u> I asked you to confirm that TIG has produced all documents that it copied during TIG's 2007 inspection of AIU's files. You indicated that TIG has produced such materials in their entirety. I also asked you to designate the bates ranges for such documents in your production as it is unclear from the TIG production which documents were copied during the inspection. You indicated that you believed that you would be able to provide such information to me. I also expressed my surprise that TIG has produced virtually no internal documents related to the inspection, including correspondence between the auditors as well as the auditors' notes from the inspection. <u>See</u> Document Requests 1(e) and 1(f). You indicated that TIG will likely supplement its production with its auditors' notes but that TIG is asserting that internal correspondence between its auditors is privileged under the work product doctrine. I expressed my disagreement with this designation as the auditors are not attorneys and their inspection of AIU's files constitutes a bedrock claims function rather than litigation activity. Please confirm that TIG is not producing its internal correspondence relating to its audit of AIU, so that AIU may petition the Court for the production of such materials. Also, please confirm when TIG will be in a position to supplement its production with its audit notes.

2.      <u>Claims Documents.</u> I asked you to confirm that TIG has produced all documents from its assumed reinsurance claims file relating to the Foster Wheeler claim that AIU has

1

submitted to TIG. I expressed my surprise that, once again, TIG has produced virtually no internal documents of substance related to the assumed claim. You indicated that TIG's assumed claims file was relatively small given that is was only opened in early 2007 and that most of the claims file was subject to work product doctrine protection given that when TIG received communications from AIU in January 2007 regarding the Foster Wheeler claim, it invoked the work product doctrine as to internal claims correspondence. I indicated my skepticism with this approach and asked you to reconsider making some of your basic claims handling documents available for production, especially since it appears that these documents were not prepared by attorneys or distributed to them and that such materials reflect basic claims functions. You indicated that TIG would be unlikely to reconsider these designations.

       3.    <u>Reserving Documents.</u> As you know, TIG has asserted as an affirmative defense that AIU's purported late notice precluded TIG from setting appropriate reserves under the Reinsurance Agreements. <u>See</u> Answer, Third Affirmative Defense. Nonetheless, TIG has produced hardly any documents relating to this defense, notwithstanding AIU's requests for such documents. <u>See</u> Document Requests Nos. 7& 9. You advised me that TIG has produced all documents responsive to its reserving defense, including applicable guidelines for the posting of its reserves as well as TIG's subsequent reserving of the Foster Wheeler claims. You also advised me that TIG did not maintain additional documents responsive to our requests or its reserving defense.

       4.    <u>Redactions.</u> I expressed my concerns with TIG's approach to the redaction of documents in its production, including the following:

           a.    It appears that TIG is, at times, redacting the "to/from/cc/re" information from documents so that the withheld document does not contain this basic information. I referred you to an example of such a document. <u>See, e.g.,</u> TIG 014284. I indicated that such basic materials are not privileged, except in the unusual situation where the entry in the "cc" line actually requested or indicated legal advice. You indicated that you would consider our request to provide such materials. My understanding is that TIG is reviewing whether it will supplement its production in all instances where it has redacted such information. Please let me know if and when TIG will provide such materials.

           b.    I indicated that there are instances where TIG has redacted information yet the document does not appear anywhere on the privilege or redaction logs submitted by TIG. I directed you to a couple of examples of such documents, which you asked me to indicate in my letter. <u>See, e.g.,</u> TIG 014592 & 014595. (I also directed you to another document, which we were ultimately able to resolve insofar as it had been logged). Please note that the documents identified above are for illustrative purposes and do not represent all potential redactions that, for some reason, failed to make it on to TIG's redaction log. In sum, AIU requests that TIG log all instances where it is asserting that a document should be redacted and that TIG sets forth a basis for all claimed redactions. Please advise us when we should expect a supplemental redaction log.

c.    I inquired whether TIG may be redacting certain information without a proper basis. More specifically, AIU understands that certain materials may be redacted to the extent these materials reference "other insurers or reinsurers" or where they indicate privileged information (i.e., on the basis of the attorney client privilege or the work-product doctrine). However, the parties have not agreed to redact documents on any other grounds. Accordingly, I inquired whether TIG has redacted documents for reasons other than privilege or "other insurer/reinsurer" information. Based on your response, my understanding is that TIG has not redacted information besides for these two reasons. If I am incorrect in this understanding, please let me know as soon as possible.

d.    I indicated that there appear to be instances where TIG's invocation of privilege has no basis in law. For instance, in documents beginning with the bates label TIG 015911, (i.e., TIG's notices to its retrocessionaires), TIG is invoking privilege on a document that was not authored by an attorney, that was distributed to third parties, and that involves a claims function not a legal one. You indicated that TIG considers this document as privileged because TIG has a common interest with its retrocessonaires and because the document reflects advise of counsel, although it is not authored by an attorney. This rationale is not credible. Please advise whether AIU must move to compel production of these materials.

5.    Electronic Review.  I asked you if TIG has performed searches for electronic documents. You indicated that TIG had performed a search of all company electronic files which did not discriminate as to particular and individual persons employed at TIG. Rather, the entire e-mail database of TIG was searched for responsive materials. You also indicated that this electronic search was not date delimited. I also asked you to confirm whether you had searched the desk files for all persons referenced in your interrogatory responses. You indicated that you believed so, but that you would confirm this fact with me. Please note that given TIG's view that it may designate the names of persons at AIU whose files should be electronically searched, AIU reserves its right to inquire whether you have reviewed documents of TIG representatives who do not appear in your Interrogatory Responses. Once we receive a response from you on this point, we will reserve our right to provide a supplemental list of persons whose files should be reviewed.

6.    "Other" Claims Files.  I asked for confirmation that TIG itself has not produced its "other claims" files (i.e., claims relating to the 48 Insulations and boiler claims) even as it seeks the production of such files from AIU. You agreed that TIG has not produced these materials.

7.    Withheld Commutation Documents.  Having raised the defense that AIU's purported late notice prejudiced TIG's commutations, TIG has indicated that it has withheld two categories of commutation documents: (i) internal management reports relating to the commutations; and (ii) commutation documents created after the commutations, including summary and payment documents. I explained AIU's position that these documents are relevant to TIG's defense: For instance, the management reports might indicate TIG's views on the likelihood of recovering funds from the commuting parties absent such commutations. These

3

documents may also shed light on TIG's assertion that it could have extracted greater consideration from the commuting reinsurers as a result of the Foster Wheeler losses referenced in the Complaint.   Similarly, I explained that just because communications at issue took place after the commutation does not detract from the relevance of such documents.   Having put the commutation defense at issue, TIG may not selectively pick which documents from the commutation AIU gets to see.  You indicated that you would consider these arguments and get back to me.  Please advise whether TIG will produce such materials and if so when it expects to be in a position to produce them.

> 8.    <u>Other Commutation Documents.</u>

>> a.    I expressed my concern that TIG has produced limited internal documents relating to the commutations raised by TIG.  I also asked whether TIG, as a matter of course, prepared any internal analysis, narratives, memoranda and/or recommendations considering the potential advantages, disadvantages or appropriateness of entering into the applicable commutations.  You indicated that such materials may fall into the "internal management" documents that are presently being withheld by TIG, but that TIG has not withheld other internal correspondence relating to the commutations.

>> b.    I also inquired whether TIG has produced both its assumed and ceded materials relating to the commutations.  You indicated that TIG has produced such materials.

> 9.    <u>Generic Objections.</u>  Although I did not raise this point in our phone conference, I am writing to seek the same confirmation that you sought in your discovery correspondence: <u>i.e.,</u> that to the extent TIG is withholding potentially responsive documents on the basis of "generic" objections (or, for that matter, on the basis of any of its objections) that TIG affirmatively disclose the existence of such materials.  My understanding is that the only categories of documents falling into this category are the two types of commutation documents identified above in point 7.  Please let me know if my understanding is inaccurate.  <u>Indeed, if you believe that I have not accurately captured any of our discussions please let me know as soon as possible.</u>

Finally, please note that as AIU continues to analyze TIG's production, it  reserves its right to raise additional discovery concerns that may not be set forth in this correspondence.  We look forward to continuing our discussion of these matters.

Very truly yours,

Marc L. Abrams

cc:    Sean Thomas Keely

# EXHIBIT K

# BUTLER RUBIN SALTARELLI & BOYD LLP

April 10, 2008

Direct Dial: (312) 696-4478
Direct Fax: (312) 444-9018
jaldort@butlerrubin.com

**BY ELECTRONIC MAIL**

Marc L. Abrams
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
12th Floor
New York, New York 10110

      Re:    AIU Insurance Company v. TIG Insurance Company, 07 C 7052

Dear Marc:

I write in response to your letter dated April 9, 2008, which attempts to summarize our discussions from last Monday, April 7, 2008. Your letter does not accurately portray the substance and tone of our discussions. Below, in an effort to correct and clarify the record, I will address your points in the order in which you raised them. In addition, I will summarize our discussions regarding AIU's discovery responses, which you omitted from your letter.

      1.    <u>AIU Audit Documents</u> – Your summary is not accurate. In our call I confirmed that TIG had produced the entirety of the collection of documents AIU provided to TIG from the July 2007 audit. You requested that TIG provide the bates ranges for these documents. While TIG is under no obligation to do so, as a courtesy, TIG will provide such information. The AIU audit documents bear bates ranges TIG 1371 through 3424.

      William Pascale and Joseph Loggia conducted the audit of AIU's files. They prepared analyses regarding the audit at the direction of counsel in anticipation of litigation. To the extent that documents relating to the audit were withheld, TIG logged such documents as privileged based on the work product doctrine or based on attorney/client communications. This should not come as a "surprise" to you given that AIU served TIG with the instant lawsuit less than a month after the audit was completed and five days after responding to TIG's audit inquiries. Clearly, AIU was anticipating litigation against TIG during or even before the audit.

      As I stated during our call, I am investigating whether any of the auditors' notes can be provided in redacted form. We will make that determination in the next few days and, if appropriate, make a supplemental production.

      2.    <u>Claims Documents</u> – Again, your summary of our discussion is not accurate. I take issue with your statement that "TIG has produced virtually no internal documents of substance related to the assumed claim." As I stated in our call, AIU did not provide notice to TIG until January 2007. Specifically, TIG received the first notice of the claims on January 31,

Marc L. Abrams
April 10, 2008
Page 2

2007. AIU initiated litigation against TIG just over six months after providing the initial notice so there was not much opportunity for the file to accumulate significant volume. Thus, your "surprise" at the limited volume of assumed file documents seems disingenuous.

# REDACTED

As you can easily glean from TIG's privilege log, TIG began consulting with its in-house reinsurance counsel one day after receiving the problematic notice and retained outside reinsurance counsel shortly thereafter. Again, AIU plainly was also anticipating litigation at that time given that it sued TIG within months of the notice, and its privilege log is rife with listings regarding consultations with respect to "reinsurance collection" during this period. Your "skepticism" of TIG's work product claim is, therefore, misplaced.

You failed to note in your letter that I responded to your argument that TIG's work product claims were somehow flawed because no attorneys were listed as authors or recipients. In our call, I explained that the protected documents relate to work performed at the direction of counsel or discussions of attorney advice or requests for such advice. We expressly stated this in our privilege log and redaction entries. Indeed, AIU's privilege and redaction logs contain numerous entries in which work product and/or attorney client privilege are claimed but no attorney is listed as an author or recipient. *See, e.g.*, entries 125, 126, 195, 231, 275, 527, 530, 531, and redactions PL 53889, PL 53890, PL 53898, PL 59268, PL 59278, PL 59459-60, PL 59463-64, PL 59465-66.

3.     <u>Reserving Documents</u> – To clarify your statements with respect to the "Reserving Documents," during our call, I confirmed that TIG had produced all responsive, non-objectionable documents pursuant to its responses to AIU Document Requests Nos. 7 and 9.

4.     <u>Redactions</u> – Your summary of our discussions is incomplete. During our call you raised a few questions relating to TIG's redaction log. First, as to your subparagraph (a), TIG disagrees with your contention that the "to/from/cc/re" lines in privileged emails should not be redacted. TIG has complied with its obligation to identify authors and recipients by providing the applicable information in its redaction log. The lack of merit in AIU's position can be easily demonstrated by AIU's own redactions. For example, the following AIU documents contain complete redactions, including the information that you contend should not have been redacted by TIG: PL 53917-53918, PL 53906, PL 53907, PL 53902-53904, PL 53899-53901. *If you, nonetheless, still believe that TIG's redactions are incorrect, please provide the legal basis and please provide revised redactions for all of the AIU documents containing such redactions.*

Second, as to your subparagraph (b), in our discussion I requested that AIU provide a list of the documents that it believed were redacted, but not included on TIG's redaction log. (However, you omitted this from your summary in your letter.) I note that, instead, you have identified two sample documents in response to my request. I researched these and found that they are both privileged redactions that post-date the Complaint, and this can be easily gleaned

Marc L. Abrams
April 10, 2008
Page 3

from the unredacted portions of the documents which are earlier emails dated well after August 7, 2007. Recall that the parties agreed not to log such privilege claims. Thus, TIG's redaction log is proper. Of course, to the extent that TIG discovers any redactions (other than those post-dating the Complaint) that are not logged, TIG will supplement its redaction log. *Along the same lines, TIG has discovered large volumes of redactions by AIU that are not included on its redaction log, which should report all redactions (regardless of basis) pre-dating the Complaint. See, e.g., PL 58891, PL 58949-59258, PL 53514, PL 53950-52, PL 53953, PL 58190-204, PL 58206, PL 58208-46, PL 58319-403, PL 58405-89, PL 58491-570, PL 58572-656, PL 58658-747, PL 58789-873, PL 58891, PL 58949-59258, PL 59347-48. Please advise when AIU will provide a redaction log for these documents and any others that were not logged.*

Third, regarding your subparagraph (c), as I stated in our call, the bases for TIG's redactions are expressly set forth in our redaction log. As examples, I pointed to the redactions for "Bank account number," which redacted TIG's confidential banking information, and to the redactions described as "Management Report," which reflect the reports relating to the commutation that I previously advised you would be withheld.

Fourth, regarding your subparagraph (d), as I stated in our call, TIG disagrees with your contention that TIG improperly redacted its notices to its retrocessionaires. I explained that the redactions reflect legal advice received by TIG and/or information protected by the work product doctrine. *See, supra*, Sections 1 and 2. Again, your arguments challenging TIG's redactions seem specious, particularly since AIU has claimed privilege as respects several documents that do not reflect attorney involvement. *See, e.g.*, entries 125, 126, 195, 231, 275, 527, 530, 531, and redactions PL 53889, PL 53890, PL 53898, PL 59268, PL 59278, PL 59459-60, PL 59463-64, PL 59465-66. Given that these redactions are plainly privileged, if you still contend that you are entitled to these documents, please state with specificity the legal basis for that contention.

5. Electronic Review – Your letter reflects a misunderstanding of my explanation regarding TIG's electronic searches providing during the call. As I explained in response to your inquiries during the call, TIG has conducted extensive electronic searches, including complete searches of its electronic claims files and the electronic mailboxes (to the extent any exist) of all the relevant individuals. I also explained that these searches were performed using search software on the email databases, rather than by having an individual provide what he or she believed were relevant emails from his or her email boxes. Per your request, I can confirm that TIG has searched the electronic mailboxes for those individuals listed in its interrogatory responses. The only exception is Norm Reid, who was not a TIG employee at the time of the placement and who did not have an electronic mailbox as the relevant period pre-dated the existence of email. Be assured that, to the extent TIG possessed any of Mr. Reid's files and they were responsive and not privileged, we produced them. TIG also confirms that it obtained desk files to the extent that they existed. *Given the level of detail AIU has sought from TIG, TIG fully expects AIU's compliance with TIG's request that it perform appropriate electronic (and desk file) searches for those individuals identified in my letters dated April 1, 2008 and April 3, 2008. TIG also expects AIU to include in its response to my letter an explanation of the steps taken to conduct its electronic searches of individual email boxes and its electronic databases, as you*

Marc L. Abrams
April 10, 2008
Page 4

*have requested from TIG and as TIG has provided. If you refuse to provide any of this*
*information, please so advise me so that TIG may seek appropriate relief from the Court.*

     6.  <u>Other Claims Files</u> – You are correct that I advised that TIG has not produced its
Other Claims files.  As you know, I previously advised you during our other meet and confers
that, to the extent they exist, TIG stands ready to produce its assumed files for these claims upon
AIU's agreement to comply with TIG's document requests seeking documents relating to the
Other Claims or upon the Court's order compelling AIU to produce such documents.  As I also
advised, TIG will indicate this in its forthcoming motion to compel.

     7.  <u>Commutation Documents Withheld Based on Objection</u> – Your summary of our
discussion is inaccurate.  In our call, you stated that AIU seeks the management reports and post-
commutation documents because you believe that these documents might contain information
relating to whether TIG was likely to recover from the commuting retrocessionaires.  TIG is still
reviewing this issue and will respond next week.

     8.  <u>Other Commutation Documents</u> – As I stated in our call, TIG confirms that it has
produced all documents responsive to AIU Document Requests 13 through 17, subject to TIG's
stated objections.  The only exceptions are those documents falling into the categories noted
above in Section 7.

     9.  <u>General Objections</u> – TIG confirms that it is not withholding any documents based on
the "generic" objections other than the commutation documents discussed above in Section 7.
You have now advised that AIU is withholding two categories of documents based on these
"generic objections":  joint defense documents and billing documents for AIU's coverage
counsel.  I will follow up with you on these two categories of withheld documents.  *Please*
*confirm that AIU is not withholding any other documents based on the "generic objections."*

                   *     *     *

     Your letter did not address our discussions regarding AIU's discovery responses and its
production, which I will briefly address here.  I understood from our April 7, 2008 meet and
confer that shortly after our call you would be providing a written response to my letter dated
April 3, 2008.  This morning, you informed me that your response would be provided by the end
of this week.  I await that response.  Similarly, during our call you also advised that, contrary to
your projection during last week's meet and confer, AIU would not be able to complete its
supplemental production by early this week.  You declined to provide any information as to
which documents would be provided and on what time schedule, stating only that AIU was
endeavoring to comply as quickly as possible.  We have yet to receive any of the promised
supplemental documents.

     During our call, we briefly discussed AIU's Interrogatory Response No. 17, which I had
raised as an issue in my letter dated April 3, 2008.  You stated that AIU would likely supplement
its response with reference to documents.

Marc L. Abrams
April 10, 2008
Page 5

I look forward to receiving your response to my April 3, 2008 letter. I have attempted to address AIU's concerns as respects Sections 1 through 9 above, with the exception of Section 7, which we will address next week. If a dispute still exists regarding Sections 1 through 6 or 8 and 9, please advise me so that we can have a further meet and confer.

Sincerely,

Julie Rodriguez Aldort

cc:   Sean Keely
      William Maher
      James I. Rubin
      Catherine E. Isely

W0066078v1

# EXHIBIT L

# WOLLMUTH MAHER & DEUTSCH LLP

### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

April 17, 2008

**BY E-MAIL AND
FIRST CLASS MAIL**
Julie Rodriguez Aldort, Esq.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602

Re:    AIU Insurance Company v. TIG Insurance Company,
       Case No. 07-cv-7052 (SHS)

Dear Julie:

I write in response to your letter dated April 10, 2008 (the "April 10, 2008 Letter") purporting to respond to my letter of April 9, 2008. It does not serve the process to accuse me of being "disingenuous," holding "misplaced" and "inaccurate" views, making "specious" arguments, demanding that I account for my own discovery positions and then ending your letter with the statement "if a dispute still exists regarding sections 1 through 6 or 8 and 9 [i.e., almost my entire letter], please advise me so that we can have a further meet and confer."

AIU has little interest in exchanging interminable rounds of discovery letters replete with the posturing that unfortunately has found its way into your correspondence. See e.g., April 10, 2008 Letter at 1 ("Clearly AIU was anticipating litigation against TIG during or even before the audit."); at 2 **REDACTED** Rather, the point of the process is to determine whether the parties have reached a discovery impasse, allowing them to subsequently consider whether they will move the Court to compel the production of the disputed materials.

Based on your letter it is clear that TIG is refusing production of certain of its claims and audit documents in its assumed claims file based on the assertion that these documents are subject to work product doctrine protection. TIG is also taking the position that it may redact parts of its notices to its retrocessionaires based on the work product doctrine. AIU disagrees with these designations and accordingly intends to petition the Court for their production.

1

Finally, please note that AIU rejects your correspondence in its entirety, particularly the self-serving "factual" statements regarding AIU's purported conduct. Nonetheless, we do thank you for your candidness in explaining the role that TIG's in-house and outside counsel played in the inspection and claims handling process.

Very truly yours,

Marc L. Abrams

cc:    Sean Thomas Keely

2

# EXHIBIT M

3/25/2008

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| No. | Date | Author | Recipients | Document Type | Subject | Legal Basis for Withholding |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 002 | 11/6/2002 | Parker-John | Goepfert-Kurt; DeMaria-Frank; Falk-Steve | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 003 | 11/7/2002 | Goepfert-Kurt | Falk-Steve; Parker-John; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 004 | 12-2002 | Gilliland-Donna | Counsel | Draft Spreadsheet with handwritten notes | Calculation re Bryanston commutation of counsel | Attorney work product doctrine |
| 005 | 12-2002 | DeMaria-Frank | Parker-John | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement at direction of counsel | Attorney-client privilege |
| 006 | 12-2002 | Parker-John | DeMaria-Frank | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 007 | 12-2002 | Parker-John | DeMaria-Frank | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 008 | 12-2002 | Parker-John | DeMaria-Frank | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 009 | 12-2002 | DeMaria-Frank | Parker-John | Draft Settlement Agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement at direction of counsel | Attorney-client privilege |
| 010 | 12-2002 | Parker-John | DeMaria-Frank | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 011 | 12-2002 | Parker-John | DeMaria-Frank | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 012 | 12-2002 | DeMaria-Frank | Parker-John | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement at direction of counsel | Attorney-client privilege |
| 013 | 12-2002 | DeMaria-Frank | Parker-John | Draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement at direction of counsel | Attorney-client privilege |
| 014 | 12/1/2002 | DeMaria-Frank | Counsel | Draft Spreadsheet | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 015 | 12/1/2002 | DeMaria-Frank | Counsel | Draft Spreadsheet with handwritten notes | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 016 | 12/1/2002 | DeMaria-Frank | Counsel | Draft Spreadsheet with handwritten notes | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 017 | 12/27/2002 | Gilliland-Donna | DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation at direction of counsel | Attorney-client privilege |
| 018 | 12/30/2002 | DeMaria-Frank | Parker-John | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 019 | 12/30/2002 | Beaudoin-Nancy | DeMaria-Frank; Parker-John | Email and Attachment | Communication requesting legal analysis of KWELM commutation | Attorney-client privilege |
| 020 | 1/3/2003 | Parker-John | DeMaria-Frank | Email and Attachment | Communication re legal analysis re KWELM commutation agreement | Attorney-client privilege |
| 021 | 1/6/2003 | Parker-John | DeMaria-Frank | Email and Attachment | Providing legal advice re KWELM commutation agreement | Attorney-client privilege |
| 022 | 1/13/2003 | Parker-John | DeMaria-Frank | Email and Attachment | Providing legal advice re KWELM commutation agreement | Attorney-client privilege |
| 023 | 1/13/2003 | DeMaria-Frank | Parker-John | Email and Attachment | Communication re legal analysis of KWELM commutation agreement | Attorney-client privilege |
| 024 | 1/14/2003 | Parker-John | DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation agreement | Attorney-client privilege |
| 025 | 1/14/2003 | Parker-John | DeMaria-Frank | Email | Providing legal advice re KWELM commutation agreement | Attorney-client privilege |
| 026 | 1/17/2003 | DeMaria-Frank | Parker-John | Email and Attachment | Requesting legal advice re KWELM commutation agreement | Attorney-client privilege |
| 027 | 1/24/2003 | DeMaria-Frank | Parker-John | Email and Attachment | Requesting legal advice re KWELM commutation agreement | Attorney-client privilege |
| 028 | 1/27/2003 | DeMaria-Frank | Parker-John | Email | Requesting legal advice re KWELM commutation agreement | Attorney-client privilege |

Page 1

3/26/2008

## TIG Insurance Company's Privilege Log
in the matter of AIU Insurance Company v. TIG Insurance Company

| | Date | Author | Recipients | Document Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KVELM commutation | Attorney-client privilege |
| 029 | 2/25/2003 | Parker-John | DeMaria-Frank | Email | Communication re legal analysis of KVELM commutation | Attorney-client privilege |
| 030 | 3/3/2003 | DeMaria-Frank | Parker-John | Email | Communication re legal analysis of KVELM commutation | Attorney-client privilege |
| 031 | 2/12/2004 | DeMaria-Frank | Parker-John; Becker-Jones-Clive | Email and Attachment | Request for legal advice re BFMIC commutation | Attorney-client privilege |
| 032 | 3/8/2004 | DeMaria-Frank | Beaudoin-Nancy | Email and Attachment | Communication re request for legal advice re BFMIC commutation | Attorney-client privilege |
| 033 | 8/15/2005 | Gilliand-Donna | Counsel | Draft Spreadsheets | Calculation re Bryanston commutation at direction of counsel | Attorney-client privilege |
| 034 | 02-2007 | Gilliand-Donna | | Handwritten notes | Communication re legal analysis and assessment at direction of counsel re CER commutation | Attorney work product doctrine |
| 035 | 2/1/2007 | Staley-Michael | Parker-John | Memorandum | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 036 | 2/6/2007 | Parker-John | Gossett-Bob; Pascale-Bill; Lemire-Maureen; Staley-Michael | Email | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 037 | 2/6/2007 | Gossett-Bob | Staley-Michael; Parker-John; Pascale-Bill; Lemire-Maureen | Email | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 038 | 2/6/2007 | Steimach-Doreen | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 039 | 2/6/2007 | Staley-Michael | Gossett-Bob; Pascale-Bill; Parker-John; Lemire-Maureen | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 040 | 2/6/2007 | Gossett-Bob | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 041 | 2/7/2007 | Staley-Michael | | Memorandum | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 042 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note with handwritten notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney-client privilege; Attorney work product doctrine |
| 043 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 044 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 045 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 046 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 047 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 048 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 049 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 050 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 051 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 052 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 053 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 054 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 055 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 056 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 057 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

3/25/2008

| ID | Date | | | Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 058 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 059 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 060 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 061 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 062 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 063 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 064 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 065 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 066 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 067 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 068 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 069 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 070 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 071 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 072 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 073 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 074 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 075 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 076 | 2/7/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 077 | 2/12/2007 | Pascale-Bill | LeBlanc-Sandra | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 078 | 2/12/2007 | LeBlanc-Sandra | Pascale-Bill | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 079 | 2/12/2007 | McCarthy-Linda | ARO/TRG@TRG; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 080 | 2/12/2007 | Gilliland-Donna | LeGros-Christopher; Westover-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 081 | 2/13/2007 | McCarthy-Linda | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 082 | 2/13/2007 | Staley-Michael | McCarthy-Linda | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 083 | 2/13/2007 | McCarthy-Linda | | Email and Attachment | Communication re legal representation | Attorney work product doctrine |
| 084 | 2/15/2007 | Iselly-Catherine | Parker-John | Email | Communication re legal representation | Attorney-client privilege |
| 085 | 2/20/2007 | Parker-John | LeGros-Christopher | Email and Attachment | Communication re legal representation | Attorney-client privilege |
| 086 | 2/21/2007 | Pascale-Bill | | Notes | Communication re investigation/inquiry and legal analysis at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |

**TIG Insurance Company's Privilege Log**
In the matter of AIU Insurance Company v. TIG Insurance Company

3/25/2008

| No | Date | From | To | Doc Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KNELM commutation | Attorney-client privilege |
| 087 | 2/26/2007 | Gilliand-Donna | LeGros-Christopher; Westover-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 088 | 2/26/2007 | Gilliand-Donna | LeGros-Christopher; Westover-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 089 | 2/26/2007 | Gilliand-Donna | LeGros-Christopher; Westover-Michael | Spreadsheet | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 090 | 2/27/2007 | LeGros-Christopher | Parker-John; Isely-Catherine | Spreadsheet | Communication re commutation analysis undertaken at the direction of counsel | Attorney-client privilege; Attorney work product doctrine |
| 091 | 2/28/2007 | Westover-Michael | Parker-John; Pascale-Bill | Email and Attachment | Communication re legal analysis and assessment of commutations | Attorney -client privilege; work product doctrine |
| 092 | 3/1/2007 | Pascale-Bill | Staley-Michael | Email and Attachment | Communication re legal analysis and assessment of commutations | Attorney work product doctrine |
| 093 | 3/12/2007 | Gilliand-Donna | Westover-Michael; LeGros-Christopher | Email and Attachment | Communication re legal analysis and assessment of AIU's Foster Wheeler claims and Byranston and CER commutations | Attorney work product doctrine |
| 094 | 3/12/2007 | Pascale-Bill | Akino-Ghamarie | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege |
| 095 | 3/12/2007 | Staley-Michael | | Handwritten notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 096 | 3/13/2007 | LeGros-Christopher | Westover-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 097 | 04-2007 | Staley-Michael | | Handwritten notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 098 | 04-2007 | Staley-Michael | | Handwritten notes | Communication re legal analysis and assessment of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 099 | 4/2/2007 | Pascale-Bill | Parker-John; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege |
| 100 | 4/2/2007 | Staley-Michael; Pascale-Bill | | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege |
| 101 | 4/2/2007 | Staley-Michael | Parker-John; Pascale-Bill | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege |
| 102 | 4/2/2007 | Staley-Michael | Parker-John; Pascale-Bill | Email with Handwritten Notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege |
| 103 | 4/3/2007 | Gilliand-Donna | Counsel | Draft Spreadsheet | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 104 | 4/3/2007 | Staley-Michael | Parker-John | Email and Attachment | Request for legal advice re draft communication | Attorney-client privilege; Attorney work product doctrine |
| 105 | 4/9/07 | Staley-Michael | Counsel | Draft Spreadsheet | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 106 | 4/9/07 | Staley-Michael | Counsel | Draft Spreadsheet | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 107 | 4/9/2007 | Hanna-Michael | | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 108 | 4/10/2007 | Staley-Michael | Baldwin-Sara | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine. |
| 109 | 4/10/2007 | Staley-Michael | Pascale-Bill | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 110 | 4/10/2007 | Hanna-Michael | Staley-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 111 | 4/10/2007 | Hanna-Michael | Staley-Michael | Email with Handwritten Notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 112 | 4/12/2007 | Pascale-Bill | Parker-John; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |

3/25/2008

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| No. | Date | From | To | Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 113 | 4/12/2007 | Parker-John | Staley-Michael; Pascale-Bill | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 114 | 4/12/2007 | Staley-Michael | Parker-John | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 115 | 4/12/2007 | Staley-Michael, Parker-John | Parker-John | Claim Assistant Activity | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 116 | 4/12/2007 | Staley-Michael, Parker-John | Parker-John | Claim Assistant Activity | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 117 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 118 | 4/12/2007 | Parker-John | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 119 | 4/12/2007 | Staley-Michael, Parker-John | | Claim Assistant Activity | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 120 | 4/12/2007 | Staley-Michael, Parker-John | | Claim Assistant Activity | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 121 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 122 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 123 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 124 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 125 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 126 | 4/12/2007 | Staley-Michael | Parker-John | Progress Note | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 127 | 4/13/2007 | Baldwin-Sara | Shiffer-Kristina | Email | Communication re investigation/inquiry of AIU's Foster Wheeler claims at the direction of counsel | Attorney work product doctrine. |
| 128 | 4/17/2007 | Pascale-Bill | Parker-John; Staley-Michael | Email | Communication re investigation/inquiry of AIU's Foster Wheeler claims at the direction of counsel | Attorney-client privilege; Attorney work product doctrine |
| 129 | 4/17/2007 | Pascale-Bill | Parker-John; Staley-Michael | Email with Handwritten Notes | Communication re investigation/inquiry of AIU's Foster Wheeler claims at the direction of counsel | Attorney-client privilege; attorney work product doctrine |
| 130 | 4/17/2007 | Staley-Michael | Baldwin-Sara; Pascale-Bill; Shiffer-Kristina | Email and Attachment | Communication re investigation/inquiry of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 131 | 4/17/2007 | Baldwin-Sara | Pascale-Bill; Shiffer-Kristina | Email and Attachment | Communication re investigation/inquiry of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 132 | 4/17/2007 | Staley-Michael | Shiffer-Kristina; Baldwin-Sara; Pascale-Bill | Email and Attachment | Communication re investigation/inquiry of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 133 | 4/17/2007 | Shiffer-Kristina | Staley-Michael; Baldwin-Sara | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine. |
| 134 | 4/17/2007 | Staley-Michael | Pascale-Bill | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 135 | 4/20/2007 | Shiffer-Kristina | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine. |
| 136 | 4/20/2007 | Shiffer-Kristina | Staley-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 137 | 4/27/2007 | Staley-Michael | Rubin-James; Parker-John; Pascale-Bill | Email and Attachment | Communication re AIU responses to TIG inquiries in anticipation of legal assessment | Attorney work product doctrine |
| 138 | 4/27/2007 | Pascale-Bill | Parker-John | Email | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege |

## TIG Insurance Company's Privilege Log
### In the matter of AIU Insurance Company v. TIG Insurance Company

3/25/2008

| No. | Date | From | To | Document | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 139 | 4/27/2007 | Rubin-James | Staley-Michael; Pascale-Bill; Parker-John; Isely-Catherine | Email and Attachment | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege |
| 140 | 4/30/2007 | Gilliand-Donna | Pascale-Bill; Westover-Michael | Email | Communication re legal analysis and assessment of KWELM commutation | Attorney work product doctrine |
| 141 | 05-2007 | Pascale-Bill | | Notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 142 | 5/1/2007 | Staley-Michael | Parker-John; Pascale-Bill | Email and Attachment | Request for legal advice re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 143 | 5/4/2007 | Staley-Michael | | Email and Attachment | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 144 | 5/4/2007 | Staley-Michael | Steinach-Doreen | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 145 | 5/4/2007 | Staley-Michael | | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 146 | 5/6/2007 | Shiffren-Kristina | Meier-Renee; Steinach-Doreen | Memorandum with Handwritten Notes | Communication re AIU supplemental documentation in anticipation of matter legal assessment | Attorney work product doctrine |
| 147 | 5/6/2007 | Staley-Michael | Parker-John; Rubin-James; Pascale-Bill; Westover-Michael | Memorandum with Handwritten Notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 148 | 5/7/2007 | Staley-Michael | Parker-John; Rubin-James; Pascale-Bill; Westover-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 149 | 5/7/2007 | Staley-Michael | Parker-John; Rubin-James; Pascale-Bill; Westover-Michael | Email and Attachment | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 150 | 5/7/2007 | Staley-Michael | Steinach-Doreen | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 151 | 5/7/2007 | Steinach-Doreen | Thibodeau-Elizabeth; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 152 | 5/7/2007 | Thibodeau-Elizabeth | Steinach-Doreen; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney work product doctrine |
| 153 | 5/7/2007 | Steinach-Doreen | Thibodeau-Elizabeth; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney work product doctrine |
| 154 | 5/7/2007 | Thibodeau-Elizabeth | Steinach-Doreen; Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney work product doctrine |
| 155 | 5/7/2007 | Steinach-Doreen | Thibodeau-Elizabeth | Email | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney work product doctrine |
| 156 | 5/7/2007 | Pascale-Bill | Parker-John; Rubin-James; Isely-Catherine; Westover-Michael; Staley-Michael | Email | Teleconference agenda re matter legal assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| 157 | 5/7/2007 | LeGros-Christopher | Westover-Michael | Email and Attachment | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 158 | 5/7/2007 | Staley-Michael | Parker-John; Rubin-James; Pascale-Bill; Westover-Michael | Memorandum | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 159 | 5/7/2007 | Pascale-Bill | | Notes | Notes re legal analysis and assessment of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 160 | 5/8/2007 | Pascale-Bill | Pascale-Bill | Email and Attachment | Communication re investigation/inquiry at direction of counsel of Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 161 | 5/8/2007 | Staley-Michael | Westover-Michael | Email | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 162 | 5/8/2007 | Staley-Michael | | Draft letter with handwritten notes | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 163 | 5/9/2007 | Staley-Michael | Parker-John | Email and Attachment | Request for legal advice re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 164 | 5/9/2007 | Steinach-Doreen | Thibodeau-Elizabeth | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 165 | 5/9/2007 | Thibodeau-Elizabeth | Steinach-Doreen | Email | Communication re investigation/inquiry at direction of counsel re Foster Wheeler claims | Attorney work product doctrine |
| 166 | 5/9/2007 | Steinach-Doreen | Staley-Michael | Draft letter/ Handwritten Notes | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |

3/25/2008

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| # | Date | From | To | Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/6/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 167 | 5/14/2007 | Staley-Michael | Parker-John; Pascale-Bill; Rubin-James | | Request for legal advice re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 168 | 5/15/2007 | Isely-Catherine | Rubin-James; Parker-John; Pascale-Bill; Staley-Michael | Email and Attachment | Providing legal advice re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 169 | 5/15/2007 | Parker-John | Isely-Catherine; Pascale-Bill; Rubin-James; Staley-Michael | Email and Attachment | Communication re legal advice re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 170 | 5/15/2007 | Pascale-Bill | Parker-John; Staley-Michael; Westover-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 171 | 5/15/2007 | Pascale-Bill | | Notes | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 172 | 5/15/2007 | Thibodeau-Elizabeth | Stelmach-Doreen; Staley-Michael | Email | Communication at direction of counsel re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 173 | 5/15/2007 | Staley-Michael | | Draft letter | Communication at direction of counsel re legal analysis of AIU's Foster Wheeler claims | Attorney work product doctrine |
| 174 | 5/16/2007 | Thibodeau-Elizabeth | Salvatore-Carole | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 175 | 5/18/2007 | Thibodeau-Elizabeth | Staley-Michael; Stelmach-Doreen | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 176 | 5/18/2007 | Salvatore-Carole | Thibodeau-Elizabeth | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 177 | 5/18/2007 | Staley-Michael | Thibodeau-Elizabeth | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 178 | 5/30/2007 | Staley-Michael | Parker-John; Pascale-Bill; Rubin-James | Email | Request for legal advice re AIU teleconference | Attorney-client privilege |
| 179 | 5/30/2007 | Rubin-James | Staley-Michael; Pascale-Bill; Rubin-James; Parker-John | Email | Communication re request for legal advice re AIU teleconference. | Attorney-client privilege |
| 180 | 5/30/2007 | Parker-John | Rubin-James; Pascale-Bill; Isely-Catherine; Rubin-James; Staley-Michael; Westover-Michael; Weikers-Ann | Email | Communication re request for legal advice re AIU teleconference. | Attorney-client privilege |
| 181 | 5/30/2007 | Pascale-Bill | | Handwritten notes | Notes re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 182 | 5/31/2007 | Isely-Catherine | Parker-John; Westover-Michael; Rubin-James; Pines-Amy | Email | Request for information to provide legal advice re issuance of facultative certificates | Attorney-client privilege |
| 183 | 5/31/2007 | Parker-John | Isely-Catherine; Pines-Amy; Rubin-James; Westover-Michael | Email | Response to request for information to provide legal advice re issuance of facultative certificates | Attorney-client privilege |
| 184 | 5/31/2007 | Rubin-James | Parker-John; Pines-Amy; Isely-Catherine; Westover-Michael | Email | Request for information to provide legal advice re issuance of facultative certificates | Attorney-client privilege |
| 185 | 5/31/2007 | Rubin-James | Parker-John; Pines-Amy; Isely-Catherine; Westover-Michael; Thibodeau-Elizabeth | Email | Response to request for information to provide legal advice re facultative certificates | Attorney-client privilege |
| 186 | 05-2007 | Weikers-Ann | Parker-John; Pascale-Bill; Staley-Michael; Weikers-Ann; Westover-Michael; Rubin-James; Pines-Amy | Draft Confidentiality Agreement | Communication re legal analysis in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 187 | 6/1/2007 | Isely-Catherine | Parker-John; Pascale-Bill; Staley-Michael; Weikers-Ann; Westover-Michael; Rubin-James; Pines-Amy | Email and Attachment | Providing legal advice re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |

TIG Insurance Company's Privilege Log
in the matter of AIU Insurance Company v. TIG Insurance Company

3/25/2008

| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
|---|---|---|---|---|---|---|
| 188 | 6/1/2007 | Isely-Catherine | Parker-John; Pascale-Bill; Staley-Michael; Welkers-Ann; Westover-Michael; Rubin-James; Pines-Amy | Email | Legal advice re matter assessment | Attorney-client privilege; Attorney work product doctrine |
| 189 | 6/1/2007 | Isely-Catherine | Parker-John; Pascale-Bill; Staley-Michael; Welkers-Ann; Westover-Michael; Rubin-James; Pines-Amy | Email | Communication re legal advice re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 190 | 6/1/2007 | Thibodeau-Elizabeth | Parker-John; Pines-Amy; Isely-Catherine; Rubin-James; Westover-Michael | Email | Response to request for information to provide legal advice re issuance of facultative certificates | Attorney-client privilege |
| 191 | 6/1/2007 | Butler Rubin Saltarelli & Boyd | Welkers-Ann; Westover-Michael | Memorandum | Legal advice re AIU's Foster Wheeler claims | |
| 192 | 6/4/2007 | Parker-John | Isely-Catherine; Pines-Amy; Welkers-Ann; Pascale-Bill; Rubin; James; Staley-Michael; Westover-Michael | Email and Attachment | Communication re legal advice re matter assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| 193 | 6/4/2007 | Parker-John | Isely-Catherine; Pines-Amy; Welkers-Ann; Pascale-Bill; Rubin; James; Staley-Michael; Westover-Michael | Email and Attachment | Communication re legal advice re matter assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| 194 | 6/4/2007 | Isely-Catherine | Parker-John; Pines-Amy; Welkers-Ann; Pascale-Bill; Isely-Catherine; Rubin-James; Staley-Michael; Westover-Michael | Email | Communication re legal advice re matter assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| 195 | 6/4/2007 | Staley-Michael | Parker-John; Pines-Amy; Welkers-Ann; Pascale-Bill; Isely-Catherine; Rubin-James; Staley-Michael; Westover-Michael | Email and Attachment | Communication re legal advice re matter assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| 196 | 6/4/2007 | Pines-Amy | Thibodeau-Elizabeth; Parker-John; Rubin-James; Isely-Catherine; Fornwall/Kelly | Email and Attachment | Legal assessment re issuance of facultative certificates | Attorney-client privilege; Attorney work product doctrine |
| 197 | 6/5/2007 | Thibodeau-Elizabeth | Pines-Amy; Isely-Catherine; Parker-John; Rubin-James; Fornwall/Kelly | Email | Response to legal assessment re issuance of facultative certificates | Attorney-client privilege |
| 198 | 6/8/2007 | Isely-Catherine | Welkers-Ann; Hermes-Bob; Rubin-James; Parker-John | Email | Communication re legal assessment of facultative certificate issuance and jurisdictional issues | Attorney-client privilege |
| 199 | 6/8/2007 | Welkers-Ann | Hermes-Bob; Isely-Catherine; Parker-John | Email | Communication re legal assessment of facultative certificate issuance and jurisdictional issues | Attorney-client privilege |
| 200 | 6/8/2007 | Welkers-Ann | Isely-Catherine; Hermes-Bob; Parker-John; Rubin-James | Email | Communication re legal assessment of facultative certificate issuance and jurisdictional issues | Attorney-client privilege |
| 201 | 6/14/2007 | Pascale-Bill | Parker-John; Westover-Michael; Staley-Michael | Email | Request for legal advice re investigation/inquiry of AIU's Foster Wheeler claims | Attorney-client privilege |
| 202 | 6/14/2007 | Pascale-Bill | Parker-John; Westover-Michael; Staley-Michael | Email | Request for legal advice re investigation/inquiry of AIU's Foster Wheeler claims | Attorney-client privilege |
| 203 | 6/18/2007 | Westover-Michael | Pascale-Bill; Parker-John | Email | Communication re legal analysis in anticipation of AIU audit | Attorney-client privilege |
| 204 | 6/18/2007 | Pascale-Bill | | Handwritten notes | Notes of communications with counsel re legal advice and strategy in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |

3/25/2008

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
|---|---|---|---|---|---|---|
| 205 | 6/21/2007 | Pascale-Bill | Parker-John; Weikers-Ann; Westover-Michael; Staley-Michael; Rubin-James; Isely-Catherine | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 206 | 6/21/2007 | Parker-John | Pascale-Bill; Weikers-Ann; Isely-Catherine; Rubin-James; Staley-Michael; Westover-Michael | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 207 | 6/21/2007 | Buxbaum Loggia | Pascale-Bill; Buxbaum Loggia; Parker-John | Email | Communication re legal analysis and assessment in anticipation of AIU audit. | Attorney-client privilege; Attorney work product doctrine |
| 208 | 6/21/2007 | Pascale-Bill | Loggia-Joe | Email | Communication re legal analysis and assessment in anticipation of AIU audit. | Attorney-client privilege; Attorney work product doctrine |
| 209 | 6/25/2007 | Weitzner-Steve | Loggia-Joe | Email | Communication at direction of counsel re legal analysis and assessment in anticipation of AIU audit. | Attorney work product doctrine |
| 210 | 6/25/2007 | Pascale-Bill | Westover-Michael | Email | Communication re AIU audit at direction of counsel | Attorney-client privilege |
| 211 | 6/25/2007 | Staley-Michael | Pascale-Bill; Parker-John | Email and Attachment | Request for legal advice re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 212 | 6/26/2007 | Stelmach-Doreen | Loggia-Joe | Letter | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 213 | 6/26/2007 | Pines-Amy | Parker-John; Weikers-Ann; Pascale-Bill; Rubin-James; Staley-Michael; Westover-Michael; LeGros-Christopher; Rubin-James; Isely-Catherine; Fornwalt-Kelly | Email and Attachment Handwritten Notes annotating communication with AIU (otherwise produced) | Legal assessment re facultative certificate issuance and jurisdictional issues | Attorney-client privilege; Attorney work product doctrine |
| 214 | 6/27/2007 | Pascale-Bill | | Handwritten Notes annotating communication with AIU (otherwise produced) | Notes regarding legal analysis and assessment at direction of counsel of AIU's Foster Wheeler claims. | Attorney work product doctrine |
| 215 | 6/28/2007 | Pascale-Bill | Weikers-Ann | Email and Attachment | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 216 | 6/28/2007 | Weikers-Ann | Pascale-Bill | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 217 | 6/28/2007 | Pascale-Bill | | Handwritten Notes annotating communication with AIU (otherwise produced) | Notes regarding legal analysis and assessment at direction of counsel of AIU's Foster Wheeler claims | |
| 218 | 6/28/2007 | Loggia-Joe | Weikers-Ann; Pascale-Bill; Loggia-Joe; Isely-Catherine; Rubin-James | Email | Communication re request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 219 | 6/28/2007 | Weikers-Ann | Pascale-Bill; Loggia-Joe; Isely-Catherine; Parker-John; Rubin-James | Email | Communication re request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 220 | 6/29/2007 | Weikers-Ann | Pascale-Bill; Parker-John | Email and Attachment | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 221 | 6/29/2007 | Pascale-Bill | Weikers-Ann; Parker-John | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 222 | 6/29/2007 | Weikers-Ann | Pascale-Bill; Parker-John | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 223 | 6/29/2007 | Weikers-Ann | Pascale-Bill; Parker-John | Email with Handwritten Notes and Attachment | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |

3/25/2008

## TIG Insurance Company's Privilege Log
### In the matter of AIU Insurance Company v. TIG Insurance Company

| # | Date | Author | Recipients | Document Type | Description | Privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 224 | 6/29/2007 | Weikers-Ann | Isely-Catherine; Rubin-James; Parker-John | Email | Communication re request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 225 | 07-2007 | Pascale-Bill | | Notes | Notes re AIU audit | Attorney work product doctrine |
| 226 | 07-2007 | Pascale-Bill | Butler Rubin Saltarelli & Boyd | Email | Notes re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 227 | 7/2/2007 | Hall-Jennifer | Pascale-Bill; Weikers-Ann | Email | Communication re confidentiality agreement for AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 228 | 7/2/2007 | Weikers-Ann | Pascale-Bill; Loggia-Joe; Rubin-James; Isely-Catherine | Email | Communication re confidentiality agreement for AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 229 | 7/2/2007 | Pascale-Bill | Loggia-Joe | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 230 | 7/2/2007 | Pascale-Bill | Weikers-Ann | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 231 | 7/2/2007 | Weikers-Ann | Pascale-Bill | Email | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege |
| 232 | 7/2/2007 | Pascale-Bill | Weikers-Ann; Parker-John | Email and Attachment; Handwritten Notes annotating communication with AIU (otherwise produced) | Communication re legal analysis and assessment in anticipation of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 233 | 7/2/2007 | Pascale-Bill | | Notes | Notes regarding legal analysis and assessment at direction of counsel of AIU's Foster Wheeler claims. | Attorney work product doctrine |
| 234 | 7/5/2007 | Weikers-Ann | Pascale-Bill; Loggia-Joe | Email | Communication re legal analysis and assessment in anticipation of AIU audit. | Attorney-client privilege; Attorney work product doctrine |
| 235 | 7/5/2007 | Loggia-Joe | Pascale-Bill | Email | Communication re legal analysis and assessment in anticipation of AIU audit. | Attorney-client privilege; Attorney work product doctrine |
| 236 | 7/5/2007 | Pascale-Bill | Weikers-Ann; Parker-John | Email and Attachment; Handwritten Notes annotating communication with AIU (otherwise produced) | Requesting legal advice re AIU communication | Attorney-client privilege |
| 237 | 7/5/2007 | Pascale-Bill | | Notes | Notes regarding legal analysis and assessment at direction of counsel of AIU audit | Attorney work product doctrine |
| 238 | 7/6/2007 | Hall-Jennifer | Weikers-Ann; Pascale-Bill; Loggia-Joe | Email and Attachment | Communication re legal assessment and analysis in anticipation of AIU audit. | Attorney-client privilege; Attorney work product doctrine |
| 239 | 7/9/2007 | Loggia-Joe | Rubin-James; Parker-John; Buxbaum Loggia | Email | Request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 240 | 7/9/2007 | Pascale-Bill | | Notes | Notes re AIU audit at direction of counsel | Attorney work product doctrine |
| 241 | 7/9/2007 | Pascale-Bill | | Draft Letter | Draft communication to AIU re AIU's Foster Wheeler claims at direction of counsel | Attorney work product doctrine |
| 242 | 7/10/2007 | Westover-Michael | Loggia-Joe; Belcove-Ira; Parker-John; Rubin-James; Weikers-Ann | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 243 | 7/10/2007 | Loggia-Joe | Westover-Michael | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 244 | 7/10/2007 | Westover-Michael | Loggia-Joe; Weikers-Ann; Parker-John | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 245 | 7/10/2007 | Rubin-James | Rubin-James; Loggia-Joe; Parker-John | Email | Response to request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 246 | 7/10/2007 | Rubin-James | Loggia-Joe; Parker-John | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 247 | 7/10/2007 | Parker-John | Loggia-Joe; Rubin-James | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |

3/25/2008

**TIG Insurance Company's Privilege Log**
In the matter of AIU Insurance Company v. TIG Insurance Company

| | | | | | | |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 246 | 7/10/2007 | Loggia-Joe | Rubin-James; Parker-John | Email | Request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 249 | 7/10/2007 | Rubin-James | Loggia-Joe; Parker-John | Email | Response to request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 250 | 7/10/2007 | Westover-Michael | Buxbaum Loggia; Loggia-Joe; Welkers-Ann; Parker-John | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 251 | 7/10/2007 | Buxbaum Loggia | Westover-Michael | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 252 | 7/10/2007 | Westover-Michael | Loggia-Joe; Belcove-Ira; Parker-John; Rubin-James; Welkers-Ann | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege; Attorney work product doctrine |
| 253 | 7/10/2007 | Parker-John | Loggia-Joe; Rubin-James | Email and Attachment | Response to request for legal advice re AIU audit | Attorney-client privilege |
| 254 | 7/11/2007 | Welkers-Ann | Pascale-Bill; Rubin-James; Isely-Catherine | Email | Communication re request for legal advice re AIU audit | Attorney-client privilege |
| 255 | 7/12/2007 | Rubin-James | Welkers-Ann; Isely-Catherine | Email and Attachment | Communication re request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 256 | 7/26/2007 | Pascale-Bill | Rubin-James; Isely-Catherine; Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 257 | 7/26/2007 | Pascale-Bill | Rubin-James; Isely-Catherine; Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 258 | 7/26/2007 | Isely-Catherine | Pascale-Bill; Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen; Rubin-James | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 259 | 7/27/2007 | Pascale-Bill | Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 260 | 7/27/2007 | Pascale-Bill | Isely-Catherine; Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen; Rubin-James | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 261 | 7/27/2007 | Pascale-Bill | Parker-John | Email | Communication re conducting legal analysis and assessment of AIU audit with counsel | Attorney-client privilege |
| 262 | 7/27/2007 | Pascale-Bill | Isely-Catherine; Parker-John; Welkers-Ann; Staley-Michael; Lemire-Maureen; Rubin-James | Email with Handwritten Notes and Attachment | Communication re legal analysis of AIU's Foster Wheeler claims | Attorney-client privilege |
| 263 | 7/30/2007 | Welkers-Ann | Rubin-James; Isely-Catherine; Parker-John; Pascale-Bill | Email | Communication re request for legal advice re late notice defense | Attorney work product doctrine |
| 264 | 7/31/2007 | Welkers-Ann | Westover-Michael | Email | Communication re legal analysis and assessment of KWELM and BFMIC commutations | Attorney-client privilege |
| 265 | 7/31/2007 | Welkers-Ann | Parker-John; Welkers-Ann; Rubin-James; Isely-Catherine | Email and Attachment | Communication re request for legal advice re AIU audit | Attorney-client privilege; Attorney work product doctrine |
| 266 | 7/31/2007 | Pascale-Bill | Gilliand-Donna | Email | Communication re legal analysis and assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 267 | 7/31/2007 | Isely-Catherine | Welkers-Ann | Email | Communication re request for legal assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 269 | 7/31/2007 | Welkers-Ann | Isely-Catherine | Email | Communication re request for legal assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 269 | 7/31/2007 | Isely-Catherine | Welkers-Ann | Email | Communication re request for legal assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 270 | 8/1/2007 | Pascale-Bill | | Endorsement with Handwritten notes | Notes re legal analysis of AIU's Foster Wheeler claims at direction of counsel | Attorney work product doctrine |
| 271 | 8/1/2007 | Westover-Michael | Welkers-Ann | Email | Communication re legal analysis and assessment of KWELM and BFMIC commutations | Attorney-client privilege |

3/25/2008

**TIG Insurance Company's Privilege Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| | | | | Email and Attachment | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
|---|---|---|---|---|---|---|
| 001 | 11/5/2002 | Goepfert-Kurt | Parker-John; Falk-Steve; DeMaria-Frank | | Communication re legal analysis of KWELM commutation | Attorney-client privilege |
| 272 | 8/1/2007 | Gilliland-Donna | Weikers-Ann | Email | Communication re legal analysis and assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 273 | 8/1/2007 | Weikers-Ann | Gilliland-Donna | Email | Communication re legal analysis and assessment of commutations | Attorney-client privilege; Attorney work product doctrine |
| 274 | 8/22/2007 | Meier-Renee | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 275 | 8/2/2007 | Meier-Renee | Staley-Michael | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 276 | 8/2/2007 | Staley-Michael | File | Memorandum | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |
| 277 | 8/3/2007 | Staley-Michael | Pascale-Bill | Email | Communication re investigation/inquiry at direction of counsel re AIU's Foster Wheeler claims | Attorney work product doctrine |
| 278 | 12-2202 5/7/2007 5/31/2007 6/19/2007 7/17/2007 | Parker-John | DeMaria-Frank | Incomplete draft settlement agreement with Handwritten Notes | Communication re legal analysis and assessment of KWELM commutation agreement | Attorney-client privilege |
| 279 | 8/9/2007 | Thibodeau-Elizabeth | | Handwritten notes | Notes re legal analysis and assessment with counsel re AIU's Foster Wheeler claims | Attorney-client privilege; Attorney work product doctrine |

In the matter of AIU Insurance Company v. TIG Insurance Company

| Individual Listed on Log | Attorney/Non-Attorney | Title/Department Attorneys | Employer Entity on Date of Communication |
|---|---|---|---|
| Alvino-Ginamarie | Non-Attorney | | Riverstone |
| Baldwin-Sara | Non-Attorney | | Riverstone |
| Beaudoin-Nancy | Non-Attorney | | Riverstone |
| Becker-Jones-Clive | Non-Attorney | | Riverstone |
| Belcove-Ira | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| DeMaria-Frank | Non-Attorney | | Riverstone |
| Falk-Steve | Non-Attorney | | Riverstone |
| Fornwall-Kelly | Non-Attorney | | Butler Rubin Saltarelli & Boyd |
| Gilliand-Donna | Non-Attorney | | Riverstone |
| Goepfert-Kurt | Non-Attorney | | Riverstone |
| Gossett-Bob | Non-Attorney | | Riverstone |
| Hall-Jennifer | Non-Attorney | | Buxbaum Loggia |
| Hanna-Michael | Non-Attorney | | Riverstone |
| Hermes-Bob | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| Isely-Catherine | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| LeBlanc-Sandra | Non-Attorney | | Riverstone |
| LeGros-Christopher | Non-Attorney | | Riverstone |
| Lemire-Maureen | Non-Attorney | | Riverstone |
| Loggia-Joe | Non-Attorney | | Buxbaum Loggia |
| McCarthy-Linda | Non-Attorney | | Riverstone |
| Meier-Renee | Non-Attorney | | Riverstone |
| Parker-John | Attorney | Senior Vice President - Reinsurance Reinsurance Counsel | Riverstone |
| Pascale-Bill | Non-Attorney | | Riverstone |
| Pines-Amy | Attorney | Associate | Butler Rubin Saltarelli & Boyd |
| Rubin-James | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| Salvatore-Carole | Non-Attorney | | Riverstone |
| Shiffer-Kristina | Non-Attorney | | Riverstone |
| Staley-Michael | Non-Attorney | | Riverstone |
| Stelmach-Doreen | Non-Attorney | | Riverstone |
| Thibodeau-Elizabeth | Non-Attorney | | Riverstone |
| Weikers-Ann | Attorney | Assistant Vice President Deputy Reinsurance Counsel | Riverstone |
| Weitzner-Steve | Non-Attorney | | Buxbaum Loggia |
| Westover-Michael | Non-Attorney | | Riverstone |

# EXHIBIT N

3/25/2008

**TIG Insurance Company's Redaction Log**
In the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 325 | | 9/17/1981 | | | Notes | Other retro information | Non-responsive |
| TIG | 541 | | 10/27/1980 | | | Notes | Other retro information | Non-responsive |
| TIG | 6225 | | | | | Notes | Other retro information | Non-responsive |
| TIG | 638 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 694 | | 9/17/1981 | | | Notes | Other retro information | Non-responsive |
| TIG | 779 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 803 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 856 | | | | | Notes | Other retro information | Non-responsive |
| TIG | 896 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 946 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 975 | | 10/18/1978 | | | Notes | Other insured information | Non-responsive |
| TIG | 1081 | | | | | Notes | Other retro information | Non-responsive |
| TIG | 1032 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 1111 | | 10/27/1980 | | | Notes | Other insured information | Non-responsive |
| TIG | 1143 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 1316 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 1340 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 3403 | 3461 | 8/21/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3436 | 3478 | 11/9/2001 | DeMaria-Frank | Cover-Paul; Langridge-Mark; Pascale-Bill | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3455 | 3480 | 12/12/2001 | Cover-Paul | Gioia-Donato; Bedard-Jones-Clive | Email | Other insured information | Non-responsive |
| TIG | 3479 | 3550 | 2/28/2002 | DeMaria-Frank | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3532 | 3556 | 8/21/2001 | | DeMaria-Frank; Langridge-Mark | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3535 | | 5/26/2002 | Cover-Paul | | Email | Other insured information | Non-responsive |
| TIG | 3603 | 3678 | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3631 | 3680 | 5/30/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3670 | 3730 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3683 | 3734 | 4/23/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3732 | 3600 | 4/24/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3765 | 3804 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3803 | 3808 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3607 | 3872 | 4/26/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3669 | 3873 | 5/28/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 3623 | 3854 | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3855 | 3651 | 5/14/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 3856 | 3963 | 6/30/2002 | DeMaria-Frank | Fitzgibbon-Paul | Email | Other insured information | Non-responsive |
| TIG | 3962 | 3965 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3964 | 3965 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3967 | 3971 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3968 | 3971 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3972 | 3975 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3976 | 3976 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3970 | 3982 | 10/14/2002 | Cover-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 3983 | 3987 | 10/16/2002 | DeMaria-Frank | Falk-Steve; Goepfert-Kurt; Cantrelli-Nino; Rowland-Bill | Email with attachment | Other insured information | Non-responsive |
| TIG | 3985 | 3987 | 10/16/2002 | DeMaria-Frank | Cover-Paul | Letter | Other insured information | Non-responsive |
| TIG | 3988 | 3992 | 10/16/2002 | DeMaria-Frank | Falk-Steve; Goepfert-Kurt; Cantrelli-Nino; Rowland-Bill | Email with attachment | Other insured information | Non-responsive |
| TIG | 3990 | 3992 | 10/16/2002 | DeMaria-Frank | Cover-Paul | Letter | Other insured information | Non-responsive |

Page 1

3/25/2008

**TIG Insurance Company's Redaction Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 3099 | 3994 | 10/18/2002 | DeMaria-Frank | Carcaci-Nina; Goepfert-Kurt; Falk-Steve; Wilczak-Thomas | Email | Other insured information | Non-responsive |
| TIG | 4011 | 4018 | 11/7/2002 | Goepfert-Kurt | Rowland-Bill; DeMaria-Frank; Falk-Steve; Taylor-David; Corver-Paul; Beaudein-Nancy | Email with attachment | Other insured information | Non-responsive |
| TIG | 4011 | 4018 | 11/5/2002 | Goepfert-Kurt | Rowland-Bill; DeMaria-Frank; Falk-Steve; Taylor-David; Corver-Paul; Beaudein-Nancy | Report | Other insured information | Non-responsive |
| TIG | 4013 | 4016 | 10/24/2002 | Goepfert-Kurt | | Report | Other insured information | Non-responsive |
| TIG | 4022 | 4029 | 11/8/2002 | Beaudoin-Nancy | Cooper-Peter; Ostrowski-Dave | Email with attachment | Other insured information | Non-responsive |
| TIG | 4022 | 4029 | 11/7/2002 | Goepfert-Kurt | Rowland-Bill; DeMaria-Frank; Falk-Steve; Taylor-David; Corver-Paul; Beaudoin-Nancy | Email with attachment | Other insured information | Non-responsive |
| TIG | 4022 | 4029 | 11/5/2002 | Goepfert-Kurt | Rowland-Bill; DeMaria-Frank; Falk-Steve; Taylor-David; Corver-Paul; Beaudoin-Nancy | Report | Other insured information | Non-responsive |
| TIG | 4024 | 4029 | 10/24/2002 | | | Report | Other insured information | Non-responsive |
| TIG | 4049 | 4051 | 11/20/2002 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 4055 | 4059 | 11/21/2002 | Radley-Richard | | List of Questions | Other insured information | Non-responsive |
| TIG | 4062 | 4063 | 12/2/2002 | Gilland-Donna | Langidge-Mark | Email | Other insured information | Non-responsive |
| TIG | 4063 | | 12/2/2002 | Gilland-Donna | Langidge-Mark | Email | Other insured information | Non-responsive |
| TIG | 4269 | 4271 | 1/2/2003 | Corver-Paul | DeMaria-Frank; Parker-John; Head-Chris; Clarke-George | Email | Other insured information | Non-responsive |
| TIG | 4275 | 4277 | 1/2/2003 | | DeMaria-Frank; Parker-John; Head-Chris; Clarke-George | Email | Other insured information | Non-responsive |
| TIG | 4333 | 4363 | 1/14/2003 | Gilland-Donna | | Agreement | Other insured information | Non-responsive |
| TIG | 4366 | 4366 | 12/2/2002 | Gilland-Donna | Langidge-Mark | Email | Other insured information | Non-responsive |
| TIG | 4371 | 4401 | 12/2/2002 | | | Agreement | Other insured information | Non-responsive |
| TIG | 4425 | 4425 | 12/2/2002 | Gilland-Donna | | Email | Other insured information | Non-responsive |
| TIG | 4426 | 4523 | 1/30/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 4525 | 4563 | 2/5/2003 | Gilland-Donna | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 4566 | 4585 | 2/14/2003 | Gilland-Donna | | Agreement | Other insured information | Non-responsive |
| TIG | 4589 | 4627 | 2/24/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 4634 | 4658 | 2/27/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 4729 | 4732 | 3/18/2003 | Stanne-Ian | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4740 | | 4/23/2003 | Fingleton-Paul | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4747 | 4748 | 4/23/2003 | Fingleton-Paul | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4749 | 4751 | 4/23/2003 | Fingleton-Paul | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4753 | 4754 | 4/23/2003 | Fingleton-Paul | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4758 | 4759 | 4/23/2003 | Fingleton-Paul | DeMaria-Frank | Email | Other insured information | Non-responsive |
| TIG | 4794 | 4794 | 10/1/2003 | DeMaria-Frank | Taylor-David; Adamson-Mike; Corver-Paul; Fingleton-Paul; Gilland-Donna | Email with attachment | Other insured information | Non-responsive |
| TIG | 4796 | 4806 | 10/1/2003 | DeMaria-Frank | Taylor-David; Adamson-Mike; Corver-Paul; Fingleton-Paul; Gilland-Donna | Email with attachment | Other insured information | Non-responsive |
| TIG | 4807 | 4818 | 10/1/2003 | DeMaria-Frank | Taylor-David; Adamson-Mike; Corver-Paul; Fingleton-Paul; Gilland-Donna | Email with attachment | Other insured information | Non-responsive |
| TIG | 4910 | 4915 | 1/13/2004 | DeMaria-Frank | | Email | Other retro information | Non-responsive |
| TIG | 4910 | 4915 | 1/13/2004 | DeMaria-Frank | Gilland-Donna | Email with attachment | Other retro information | Non-responsive |
| TIG | 5035 | 5035 | 4/25/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5038 | 5069 | 4/25/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5072 | 5105 | 5/14/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5107 | 5138 | 5/14/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5141 | 5174 | 5/24/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5175 | 5220 | 5/29/2002 | Corver-Paul | DeMaria-Frank; Langidge-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 5179 | 5226 | 5/29/2002 | | | Spreadsheet | Other insured information | Non-responsive |

3/25/2008

TIG Insurance Company's Redaction Log
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 5227 | 5278 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langdon-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 5231 | 5278 | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5279 | 5330 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langdon-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 5283 | 5330 | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5332 | 5362 | 6/6/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5365 | 5414 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langdon-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 5366 | 5414 | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5417 | 5448 | 1/14/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5451 | 5482 | 4/26/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5484 | 5486 | 10/16/2002 | Corver-Paul | DeMaria-Frank | Letter | Other insured information | Non-responsive |
| TIG | 5487 | 5491 | 10/16/2002 | DeMaria-Frank | Falk-Steve; Goepfert-Kurt; Carcuszki-Nina; Rowland-Bill | Email | Other insured information | Non-responsive |
| TIG | 5489 | 5491 | 10/16/2002 | Corver-Paul | DeMaria-Frank | Letter | Other insured information | Non-responsive |
| TIG | 5492 | 5496 | 10/16/2002 | Falk-Steve | DeMaria-Frank; Rowland-Bill; Goepfert-Kurt; Carcuszki-Nina; Witzade-Thomas; Lemieux-Maureen; Beckler-Jones-Clive; DelCurpia-Carlos | Email | Other insured information | Non-responsive |
| TIG | 5492 | 5496 | 10/16/2002 | DeMaria-Frank | Falk-Steve; Goepfert-Kurt; Carcuszki-Nina; Rowland-Bill | Email | Other insured information | Non-responsive |
| TIG | 5494 | 5496 | 10/16/2002 | Corver-Paul | DeMaria-Frank | Letter | Other insured information | Non-responsive |
| TIG | 5497 | 5498 | 10/16/2002 | DeMaria-Frank | Carcuszki-Nina; Goepfert-Kurt; Falk-Steve; Witzade-Thomas | Email | Other insured information | Non-responsive |
| TIG | 5499 | 5500 | 10/16/2002 | DeMaria-Frank | Rowland-Bill; Ostrowski-Dave; Cooper-Peter; DeMaria-Frank; Falk-Steve | Email | Other insured information | Non-responsive |
| TIG | 5501 | 5506 | 11/5/2002 | Goepfert-Kurt | DeMaria-Frank; Falk-Steve | Email | Other insured information | Non-responsive |
| TIG | 5503 | 5508 | 11/20/2002 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 5507 | 5510 | 11/20/2002 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 5513 | 5515 | 11/20/2002 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 6178 | 6178 | 1/27/2003 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 5517 | 5521 | 11/21/2002 | | | List of Questions | Other insured information | Non-responsive |
| TIG | 5624 | 5620 | 1/17/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 5622 | 5656 | 1/20/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5628 | 5658 | 1/20/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5658 | 5691 | 1/21/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5694 | 5787 | 1/24/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 5791 | 5884 | 1/24/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 5889 | 5982 | 1/27/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 5987 | 6080 | 1/27/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 6085 | 6178 | 1/27/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 6184 | 6277 | 1/27/2003 | | | Agreement | Other insured information | Non-responsive |
| TIG | 6282 | 6375 | 1/27/2003 | Corver-Paul | DeMaria-Frank; Langdon-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 6377 | 6472 | 1/20/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6475 | 6572 | 1/31/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6574 | 6665 | 2/4/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6668 | 6692 | 2/9/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6694 | 6777 | 2/9/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6779 | 6786 | 6/18/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6787 | 6838 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langdon-Mark | Email with attachment | Other insured information | Non-responsive |
| TIG | 6838 | 6838 | 10/14/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 6841 | 6940 | 21/12/2004 | | | Agreement | Other insured information | Non-responsive |
| TIG | 6943 | 7041 | 3/31/2004 | | | Agreement | Other insured information | Non-responsive |
| TIG | 7043 | | 10/25/2003 | | | Spreadsheet | Other insured information | Non-responsive |

3/25/2008

## TIG Insurance Company's Redaction Log
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 7049 | 7049 | 3/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7050 | 7054 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7055 | 7055 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7056 | 7107 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langridge-Mark | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7060 | 7107 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7108 | 7159 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 7159 | 7159 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7112 | 7160 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7160 | 7210 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 7164 | 7210 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7211 | 7282 | 5/28/2002 | Corver-Paul | DeMaria-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 7211 | 7282 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7215 | 7282 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7283 | 7264 | 2/11/2004 | Mesquita-Angel | DeMaria-Frank; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7283 | 7264 | 2/11/2004 | DeMaria-Frank | Mesquita-Angel; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7264 | 7264 | 2/11/2004 | Mesquita-Angel | Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7285 | 7285 | 2/11/2004 | DeMaria-Frank; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive | |
| TIG | 7285 | 7296 | 2/11/2004 | DeMaria-Frank | Mesquita-Angel; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7286 | 7286 | 2/10/2004 | Mesquita-Angel | Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7286 | 7288 | 2/10/2004 | Gillard-Donna | Mesquita-Angel; Pascale-Bill; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7287 | 7289 | 2/11/2004 | Mesquita-Angel | DeMaria-Frank; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7287 | 7289 | 2/11/2004 | DeMaria-Frank | Mesquita-Angel; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7287 | 7288 | 2/10/2004 | Mesquita-Angel | Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7287 | 7288 | 2/10/2004 | Gillard-Donna | Mesquita-Angel; Pascale-Bill; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7287 | 7289 | | | Gillard-Donna; Pascale-Bill; Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7289 | 7289 | 2/10/2004 | Mesquita-Angel | Gillard-Donna; Pascale-Bill; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7272 | 2/11/2004 | Mesquita-Angel | DeMaria-Frank; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7272 | 2/11/2004 | DeMaria-Frank | Mesquita-Angel; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7272 | 2/10/2004 | Mesquita-Angel | Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7272 | | | Gillard-Donna; Pascale-Bill; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7272 | | | Gillard-Donna; Pascale-Bill; Gillard-Donna; Lectora-Lara | Email | Other retro/reinsurer commutation information | Non-responsive |
| TIG | 7270 | 7317 | 5/7/2004 | Gillard-Donna | Beaudoin-Nancy; DeMaria-Frank | Email with attachment | Other insured information | Non-responsive |
| TIG | 7316 | 7317 | 5/7/2004 | DeMaria-Frank | Beaudoin-Nancy; DeMaria-Frank | Email with attachment | Other insured information | Non-responsive |
| TIG | 7316 | 7330 | 12/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7318 | 7330 | 5/7/2004 | Gillard-Donna | Gillard-Donna; Beaudoin-Nancy | Email with attachment | Other insured information | Non-responsive |
| TIG | 7318 | 7330 | 12/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7320 | 7320 | 5/7/2004 | Gillard-Donna | Beaudoin-Nancy; DeMaria-Frank | Email with attachment | Other insured information | Non-responsive |
| TIG | 7321 | 7323 | 5/7/2004 | DeMaria-Frank | Gillard-Donna; Beaudoin-Nancy | Email with attachment | Other insured information | Non-responsive |
| TIG | 7321 | 7323 | 12/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7324 | 7326 | 5/8/2004 | Gillard-Donna | Nolen-Timothy; McCain-Richard | Email | Other insured information | Non-responsive |
| TIG | 7336 | 7338 | 5/24/2004 | Gillard-Donna | Nolen-Timothy; McCain-Richard | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7338 | 7349 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7350 | 7351 | | | | Email with attachment | Other insured information | Non-responsive |
| TIG | 7349 | 7352 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7354 | 7382 | 8/17/2004 | Gillard-Donna | Bourne-Helen | Email with attachment | Other insured information | Non-responsive |
| TIG | 7385 | 7373 | 8/17/2004 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7365 | 7373 | | | | Email with attachment | Other insured information | Non-responsive |
| TIG | 7374 | 7376 | 8/24/2004 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7377 | 7386 | 8/24/2004 | Bourne-Helen | Gillard-Donna | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7376 | 7386 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7387 | 7395 | 8/10/2004 | Bourne-Helen | Gillard-Donna | Email with attachment | Other insured information | Non-responsive |

3/25/2008

**TIG Insurance Company's Redaction Log**
In the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 7398 | 7398 | 5/17/2004 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7399 | 7401 | 9/30/2004 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7405 | 7413 | 10/22/2004 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7414 | 7434 | 10/25/2004 | Gillard-Donna | Bourne-Helen | Email with attachment | Other insured information | Non-responsive |
| TIG | 7416 | 7434 | 10/25/2004 | | | Agreement | Other insured information | Non-responsive |
| TIG | 7439 | | | | | Status Update | Other insured information | Non-responsive |
| TIG | 7441 | 7447 | 9/10/2004 | | | Report | Other insured information | Non-responsive |
| TIG | 7450 | 7451 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7452 | 7454 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7452 | 7454 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7455 | 7458 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7455 | 7458 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7455 | 7458 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7459 | 7459 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7459 | 7459 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7465 | 7465 | 9/27/2005 | Gillard-Donna | Bourne-Helen | Email with attachment | Other insured information | Non-responsive |
| TIG | 7465 | 7465 | 9/27/2005 | Gillard-Donna | Bourne-Helen | Certificate of Insurance | Other insured information | Non-responsive |
| TIG | 7466 | 9/15/1981 | | | | Email | Other insured information | Non-responsive |
| TIG | 7466 | 7472 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7466 | 7472 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7466 | 7472 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email with attachment | Other insured information | Non-responsive |
| TIG | 7466 | 7472 | 3/22/2005 | Gillard-Donna | Bourne-Helen | Certificate of Insurance | Other insured information | Non-responsive |
| TIG | 7473 | 7476 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7473 | 7476 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7473 | 7478 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7473 | 7478 | 3/22/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7479 | 7486 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7479 | 7486 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7479 | 7486 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7479 | 7486 | 3/22/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7479 | 7486 | 4/1/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7486 | 7486 | 4/20/2005 | Bourne-Helen | Gillard-Donna | Email with attachment | Other insured information | Non-responsive |
| TIG | 7495 | 7495 | 7/30/1982 | | | Policy | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 3/22/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 4/1/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7497 | 7497 | 4/6/2005 | Gillard-Donna | Bourne-Helen | Email with attachment | Other insured information | Non-responsive |
| TIG | 7495 | 4/6/2005 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 7498 | 7508 | 11/16/2004 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7498 | 7508 | 3/11/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7498 | 7508 | 3/21/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7498 | 7508 | 3/22/2005 | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7498 | 7508 | 4/1/2005 | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7498 | 4/6/2005 | | Gillard-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7498 | 4/6/2005 | | Bourne-Helen | Gillard-Donna | Email | Other insured information | Non-responsive |
| TIG | 7508 | 7508 | | | | Spreadsheet | Other insured information | Non-responsive |

3/25/2008

**TIG Insurance Company's Redaction Log**
In the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 7459 | 7497 | 11/16/2004 | Bourne-Helen | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 3/11/2005 | Gilland-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 3/21/2005 | Bourne-Helen | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 3/22/2005 | Gilland-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 4/1/2005 | Bourne-Helen | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 4/5/2005 | Gilland-Donna | Bourne-Helen | Email | Other insured information | Non-responsive |
| TIG | 7509 | 7517 | 4/6/2005 | Bourne-Helen | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7518 | 7519 | 5/1/2005 | Bourne-Helen | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7520 | 7521 | 6/1/2005 | Apodos-Dan | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7520 | 7521 | 6/1/2005 | Gilland-Donna | Apodos-Dan | Email | Other insured information | Non-responsive |
| TIG | 7522 | 7524 | 6/2/2005 | Apodos-Dan | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7522 | 7524 | 6/2/2005 | Gilland-Donna | Apodos-Dan | Email | Other insured information | Non-responsive |
| TIG | 7525 | 7528 | 6/7/2005 | Apodos-Dan | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7525 | 7528 | 6/7/2005 | Gilland-Donna | Apodos-Dan | Email | Other insured information | Non-responsive |
| TIG | 7525 | 7528 | 6/2/2005 | Apodos-Dan | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 7525 | 7528 | 6/2/2005 | Gilland-Donna | Apodos-Dan | Email | Other insured information | Non-responsive |
| TIG | 7533 | 7533 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7593 | 7650 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7654 | 7711 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7717 | 7774 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7780 | 7837 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7844 | 7901 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7908 | 7965 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 7973 | 8030 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 8039 | 8096 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 8103 | 8160 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 8176 | 8234 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 8342 | 8375 | 10/14/2005 | Gilland-Donna | Michaels-Darren | Letter with attachments | Other insured information | Non-responsive |
| TIG | 8383 | 8416 | 10/14/2005 | Gilland-Donna | Michaels-Darren | Letter with attachments | Other insured information | Non-responsive |
| TIG | 8424 | 8467 | 10/14/2005 | Gilland-Donna | Michaels-Darren | Letter with attachments | Other insured information | Non-responsive |
| TIG | 8560 | 8532 | 10/25/2005 | Gilland-Donna | David, Shah-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email; with attachment | Other insured information | Non-responsive |
| TIG | 8595 | 8532 | 10/25/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8533 | 8566 | 10/25/2005 | Gilland-Donna | David, Shah-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email with attachment | Other insured information | Non-responsive |
| TIG | 8539 | 8566 | 10/25/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8567 | 8573 | 10/25/2005 | Gilland-Donna | David, Shah-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8567 | 8573 | 10/26/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8574 | 8580 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8565 | 8601 | | Michaels-Darren | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 8602 | 8608 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hinkley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8602 | 8608 | 10/28/2005 | Michaels-Darren | David, Shah-Christopher; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8602 | 8608 | 10/26/2005 | Gilland-Donna | Westover-Michael | Email | Other insured information | Non-responsive |

3/25/2008

## TIG Insurance Company's Redaction Log
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 8600 | 8615 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | | | Non-responsive |
| TIG | 8609 | 8615 | 10/25/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8616 | 8651 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8616 | 8651 | 10/25/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8616 | 8651 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8607 | 8651 | 2/26/2005 | | | Report | Other insured information | Non-responsive |
| TIG | 8652 | 8660 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8652 | 8660 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8652 | 8660 | 10/27/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8652 | 8660 | 10/27/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8661 | 8665 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8671 | 8675 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email with attachment | Other insured information | Non-responsive |
| TIG | 8676 | 8681 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email with attachment | Other insured information | Non-responsive |
| TIG | 8682 | 8685 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8686 | 8690 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8686 | 8690 | | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8691 | 8695 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8691 | 8695 | 11/17/2005 | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8696 | 8708 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8696 | 8708 | 11/17/2005 | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8709 | 8722 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8709 | 8722 | 11/17/2005 | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8723 | 8737 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 8723 | 8737 | 11/17/2005 | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8747 | 8773 | 12/8/2005 | Evans-PAB | Black-Chris | Letter with attachments | Bank account number | Non-responsive |
| TIG | 8774 | 8788 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 9774 | 8788 | 12/15/2005 | Gilland-Donna | Black-C; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 8789 | 8794 | 12/15/2005 | Gilland-Donna | Black-Chris | Email | Bank account number | Non-responsive |
| TIG | 8795 | 8803 | 12/15/2005 | Gilland-Donna | Black-Chris | Email | Bank account number | Non-responsive |
| TIG | 8804 | 8812 | 12/15/2005 | Gilland-Donna | Black-Chris | Email | Bank account number | Non-responsive |

Page 7

3/25/2008

## TIG Insurance Company's Redaction Log
In the matter of ASU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 8823 | 8826 | 4/24/2006 | Gilland-Donna | Westiver-Michael | Report | Management Report | Objection |
| TIG | 8886 | 8900 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8941 | 8941 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8942 | 8968 | 5/16/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8969 | | 10/09/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8970 | 8974 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8975 | 8989 | 10/25/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8990 | 8996 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 8998 | 9001 | 10/4/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9000 | 9001 | 10/7/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9003 | 9047 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9048 | 9049 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9050 | 9065 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9066 | 9070 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9071 | 9102 | 04/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9103 | 9123 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9124 | 9159 | 9/16/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9160 | 9175 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9006 | 9081 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9094 | 9093 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 9919 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 10426 | 10427 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 10428 | 10490 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 10036 | 10044 | 12/02/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11017 | 11017 | | | | Claim Form | Other insured information | Non-responsive |
| TIG | 11023 | 11020 | 8/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11027 | | 5/26/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11029 | 11054 | 5/28/2002 | Corwin-Paul | DiMartis-Frank; Langridge-Mark | Email | Other insured information | Non-responsive |
| TIG | 11059 | | 5/28/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11060 | | 5/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11061 | | 5/30/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11062 | | 5/17/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11065 | 11113 | 4/22/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11114 | 11128 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11129 | 11131 | 5/1/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11132 | | 12/00/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11133 | | 12/00/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11154 | | 12/00/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11164 | 11170 | 12/06/2005 | Evans-PAB | Gilland-Donna | Letter with attachments | Other insured information | Non-responsive |
| TIG | 11349 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11350 | 11422 | | | | Status Reports | Other insured information | Non-responsive |
| TIG | 11423 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 11424 | 11426 | 6/30/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11459 | 11549 | | | | Agreement | Other insured information | Non-responsive |
| TIG | 11554 | 11567 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Westiver-Michael; Hockey-David; Short-Christopher; Shah-Shreyas | Email | Other insured information | Non-responsive |
| TIG | 11554 | 11567 | 11/17/2005 | Gilland-Donna | Blank-Chris; Westiver-Michael | Email | Bank account number | Non-responsive |
| TIG | 11568 | 11580 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Westiver-Michael; Hockey-David; Short-Christopher; Shah-Shreyas | Email | Other insured information | Non-responsive |
| TIG | 11568 | 11580 | 11/17/2005 | Gilland-Donna | Blank-Chris; Westiver-Michael | Email | Bank account number | Non-responsive |
| TIG | 11581 | 11584 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Westiver-Michael; Hockey-David; Short-Christopher; Shah-Shreyas | Email | Other insured information | Non-responsive |

Page 8

3/25/2008

## TIG Insurance Company's Redaction Log
### in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 11581 | 11584 | 11/17/2005 | Gilland-Donna | Bash-Chris; Westover-Michael | Email | Bank account number | Non-responsive |
| TIG | 11585 | 11587 | 11/4/2005 | Michaels-Darren | Gilland-Donna; Westover-Michael; Hindley-David; Short-Christopher; Shah-Shreyas | Email | Other insured information | Non-responsive |
| TIG | 11593 | 11599 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 11593 | 11599 | 10/26/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 11593 | 11599 | 10/27/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 11600 | 11606 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 11600 | 11606 | 10/26/2005 | Michaels-Darren | Gilland-Donna; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email | Other insured information | Non-responsive |
| TIG | 11600 | 11607 | 10/26/2005 | Gilland-Donna | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11608 | 11642 | 10/25/2005 | Gilland-Donna | Michaels-Darren; Short-Christopher; Hindley-David; Shah-Shreyas; Westover-Michael | Email with attachment | Other insured information | Non-responsive |
| TIG | 11613 | 11642 | 10/26/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11643 | | 10/21/2005 | | | Notes | Other insured information | Non-responsive |
| TIG | 11654 | 11656 | 10/14/2005 | Gilland-Donna | Michaels-Darren | Letter | Other insured information | Non-responsive |
| TIG | 11734 | | 6/17/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11735 | | 6/17/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11743 | | 10/4/2003 | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 11768 | 11769 | | | | Handwritten Notes | Other insured information | Non-responsive |
| TIG | 11770 | 11772 | 1/3/2003 | Parker-John | DeMaria-Frank | Agreement | Commutation assessment analysis | Attorney-client privilege |
| TIG | 11832 | 11824 | 3/24/2003 | | | Notes | Other insured information | Non-responsive |
| TIG | 11826 | | 11/11/2006 | | | Notes | Other insured information | Non-responsive |
| TIG | 11827 | | 08/00/2005 | | | Notes | Other insured information | Non-responsive |
| TIG | 11929 | 11929 | 6/30/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11930 | 11937 | 6/00/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11938 | | 10/31/2004 | | | Notes | Other insured information | Non-responsive |
| TIG | 11941 | | 03/00/2005 | | | Notes | Other insured information | Non-responsive |
| TIG | 11947 | 11961 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11963 | | 12/31/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11964 | | 12/31/2005 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11965 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 11966 | 11992 | 12/8/2003 | Evans-PAB | Gilland-Donna | Letter with attachments | Other insured information | Non-responsive |
| TIG | 11993 | 12001 | 12/00/2002 | Evans-PAB | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 12010 | 12029 | 5/23/2008 | | Gilland-Donna | Letter with attachments | Other insured information | Non-responsive |
| TIG | 12049 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 12050 | 12054 | 5/7/2004 | Gilland-Donna | Beaudoin-Nancy; DeMaria-Frank | Email with attachment | Other insured information | Non-responsive |
| TIG | 12050 | 12054 | 5/7/2004 | DeMaria-Frank | Gilland-Donna; Beaudoin-Nancy | Email | Other insured information | Non-responsive |
| TIG | 12050 | 12054 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 12055 | 12059 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 12069 | 12059 | 12/00/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 12100 | 12101 | 6/1/2005 | Apolito-Dan | Gilland-Donna | Handwritten Notes | Other insured information | Non-responsive |
| TIG | 12099 | 12099 | 6/1/2005 | Gilland-Donna | Gilland-Donna | Email | Other insured information | Non-responsive |
| TIG | 12098 | 12099 | 6/1/2005 | Gilland-Donna | Apolito-Dan | Email | Other insured information | Non-responsive |
| TIG | 12094 | 12097 | 6/1/2006 | Apolito-Dan | Gilland-Donna | Email | Other insured information | Non-responsive |

Page 9

3/25/2008

## TIG Insurance Company's Redaction Log
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 12094 | 12097 | 6/1/2005 | Gialanella-Donna | | Email | Other insured information | Non-responsive |
| TIG | 12094 | 12097 | 6/2/2005 | Apolito-Dan | Apolito-Dan | Email | Other insured information | Non-responsive |
| TIG | 12094 | 12097 | 6/2/2005 | Gialanella-Donna | Gialanella-Donna | Email | Other insured information | Non-responsive |
| TIG | 12103 | 12117 | 12/29/2005 | Apolito-Dan | Legge-Robin | Letter with attachments | Blank account number | Non-responsive |
| TIG | 12111 | 12117 | | | | Spreadsheets | Other insured information | Non-responsive |
| TIG | 12336 | 12492 | | | | Binder | Other insured information | Non-responsive |
| TIG | 12363 | 12677 | | | | Binder | Other insured information | Non-responsive |
| TIG | 12864 | 12891 | 10/07/1980 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12882 | 12895 | 10/07/1980 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12896 | 12897 | 10/06/1980 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12898 | 12907 | 4/25/1979 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12908 | 12917 | 4/25/1979 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12918 | 12925 | 10/07/1980 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12926 | 12929 | | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12930 | 12931 | 10/06/1980 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12932 | 12938 | 10/16/1979 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12939 | 12945 | 11/30/1979 | | | Certificate of Reinsurance | Other retro information | Non-responsive |
| TIG | 12987 | | 6/18/1981 | | | Handwritten Notes | W. Pascale communication re legal analysis and assessment of AIU audit. | Attorney work product doctrine |
| TIG | 13208 | | | | | Handwritten Notes | W. Pascale communication re matter legal assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| TIG | 13277 | | 1/17/1980 | | | Handwritten Notes | W. Pascale communication re matter legal assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| TIG | 13514 | 13515 | | | | Handwritten Notes | W. Pascale communication re matter legal assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| TIG | 13585 | | | | | Handwritten Notes | W. Pascale communication re matter legal assessment and strategy | Attorney-client privilege; Attorney work product doctrine |
| TIG | 13589 | | 9/17/1981 | | | Handwritten Notes | Other retro information? | Non-responsive |
| TIG | 13646 | | 10/07/1980 | | | Handwritten Notes | Other retro information? | Non-responsive |
| TIG | 13762 | | | | | Handwritten Notes | Other retro information? | Non-responsive |
| TIG | 13824 | | 6/22/2007 | Pascale-Bill | Kalra-Richard | Email | Redaction as of boc to counsel | Attorney-client privilege |
| TIG | 13829 | | 6/26/2007 | Pascale-Bill | Kalra-Richard | Email | Redaction is of boc to counsel | Attorney-client privilege |
| TIG | 13946 | | 7/18/2007 | Pascale-Bill | Aliadi-Paul; Kalra-Richard | Email | Redaction is of boc to counsel | Attorney-client privilege |
| TIG | 13993 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14002 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14011 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14020 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14032 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14110 | | 8/22/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14112 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14113 | | 8/2/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |

3/25/2008

## TIG Insurance Company's Redaction Log
In the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 14114 | 14114 | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14115 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14116 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14117 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14118 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14127 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14136 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14147 | | 8/30/2007 | Staley-Michael | | Progress Note | Communication re legal analysis and assessment of AIU audit | Attorney-client privilege; Attorney work product doctrine |
| TIG | 14284 | | 4/27/2007 | Staley-Michael | Rubio-James; Parker-John; Piatscek-Bill | Email | Request for legal advice re matter legal assessment and strategy | Attorney-client privilege |
| TIG | 14425 | | 5/13/2007 | Staley-Michael | Kidd-Richard; Pascale-Bill; Parker-John | Email | Redaction is all boo to counsel | Attorney-client privilege |
| TIG | 14567 | | 6/25/2007 | Staley-Michael | Pascale-Bill; Parker-John | Email | Communication re matter legal assessment and strategy | Attorney work product doctrine |
| TIG | 14586 | | | | | Notes | A. Willssuns communication re legal analysis and assessment of AIU audit | Attorney work product doctrine |
| TIG | 14601 | | | | | File Folder | Other insured information | Non-responsive |
| TIG | 14602 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 14658 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 14604 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 14679 | | | | | Handwritten Notes | Other reco information | Non-responsive |
| TIG | 14812 | | 12/15/1981 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14830 | 14863 | 10/14/2005 | Guiland-Donna | Michaels-Darren | Letter with attachments | Other insured information | Non-responsive |
| TIG | 14833 | 14863 | | | | Spreadsheets | Other insured informatn-? | Non-responsive |
| TIG | 14869 | 14872 | 4/24/2006 | | | Report | Other insured informatn-? | Non-responsive |
| TIG | 14908 | 16116 | | | | Management Report | Master insured information | Objection |
| TIG | | | | | | List | Other insured information | Non-responsive |
| TIG | 14912 | 14918 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14915 | 14922 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14919 | 14928 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14923 | 14943 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14929 | 14970 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14944 | 14985 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14972 | 15009 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 14996 | 15027 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15000 | 15030 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15028 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15031 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15032 | 15114 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15116 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15118 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15117 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15119 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15121 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15122 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15123 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15124 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15126 | | | | | Analysis | Other insured information | Non-responsive |

3/25/2008

**TIG Insurance Company's Redaction Log**
in the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|---|---|---|---|---|---|---|---|---|
| TIG | 15127 | | 6/30/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15129 | | 6/30/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15131 | 15136 | 3/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15140 | 15159 | 8/10/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15160 | 15168 | 8/21/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15171 | | 7/11/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15172 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 15174 | 15194 | 3/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15195 | 15215 | 8/10/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15216 | 15218 | 8/21/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15219 | | 8/22/2001 | | | Notes | Other insured information | Non-responsive |
| TIG | 15221 | | | | | Notes | Other insured information | Non-responsive |
| TIG | 15222 | | 6/26/2001 | | | Notes | Other insured information | Non-responsive |
| TIG | 15223 | | 6/26/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15224 | 15229 | | | | File | Other insured information and other retro information | Non-responsive |
| TIG | 15242 | 15249 | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15260 | | 9/5/2001 | | | Letter | Other insured information | Non-responsive |
| TIG | 15261 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15268 | 15271 | 11/21/2002 | | | Analysis | Other insured information and other retro information | Non-responsive |
| TIG | 15272 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15273 | | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15274 | 15278 | | | | Report | Other insured information | Non-responsive |
| TIG | 15287 | | 6/30/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15288 | | 6/30/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15290 | | 6/30/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15293 | | 1/10/2001 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15301 | | 12/27/2001 | | | Email | Other insured information | Non-responsive |
| TIG | 15331 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15332 | 15366 | | | | Analysis | Other insured information | Non-responsive |
| TIG | 15367 | 15375 | 12/4/2000 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15376 | 15383 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15385 | 15387 | 8/1/2001 | | | Notes | Other insured information | Non-responsive |
| TIG | 15386 | 15408 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15417 | 15438 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15439 | 15445 | 12/31/2002 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15447 | 15450 | 6/30/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15454 | 15472 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15473 | 15497 | 3/31/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15498 | 15533 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15534 | 15544 | 10/1/2003 | | | Proposal | Other insured information | Non-responsive |
| TIG | 15543 | 15552 | 1/20/2003 | | | Analysis | Other insured information | Non-responsive |
| TIG | 15553 | 15558 | 5/16/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15559 | 15637 | 1/10/2003 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15634 | | 6/30/2001 | | | Proposal | Other insured information | Non-responsive |
| TIG | 15640 | 15644 | 6/20/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15645 | 15646 | 3/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15647 | | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15648 | 15677 | 3/31/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15651 | | 6/29/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15763 | 15764 | 6/27/2001 | | | Spreadsheet | Other insured information | Non-responsive |

Page 12

3/25/2008

**TIG Insurance Company's Redaction Log**

In the matter of AIU Insurance Company v. TIG Insurance Company

| Prefix | Begin Bates | End Bates | Date | Author | Recipients | Document Type | Subject of Redaction | Legal Basis for Withholding |
|--------|-------------|-----------|------|--------|------------|---------------|---------------------|----------------------------|
| TIG | 15786 | 15784 | 8/6/2001 | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15785 | 15804 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15805 | 15824 | | | | Spreadsheet | Other insured information | Non-responsive |
| TIG | 15825 | 15910 | 04/30/2002 | | | Presentation | Other insured information | Non-responsive |
| TIG | 15911 | 15913 | 2/12/2007 | | | Report | Communication re matter legal assessment and strategy | Attorney work product doctrine |
| TIG | 15914 | 15916 | 4/25/2007 | | | Report | Communication re matter legal assessment and strategy | Attorney work product doctrine |

Page 13

In the matter of AIU Insurance Company v. TIG Insurance Company

| Individual Listed on Log | Attorney/Non-Attorney | Title/Department Attorneys | Employer Entity on Date of Communication |
|---|---|---|---|
| Alvino-Ginamarie | Non-Attorney | | Riverstone |
| Baldwin-Sara | Non-Attorney | | Riverstone |
| Beaudoin-Nancy | Non-Attorney | | Riverstone |
| Becker-Jones-Clive | Non-Attorney | | Riverstone |
| Belcove-Ira | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| DeMaria-Frank | Non-Attorney | | Riverstone |
| Falk-Steve | Non-Attorney | | Riverstone |
| Fornwalt-Kelly | Non-Attorney | | Butler Rubin Saltarelli & Boyd |
| Gilliand-Donna | Non-Attorney | | Riverstone |
| Goepfert-Kurt | Non-Attorney | | Riverstone |
| Gossett-Bob | Non-Attorney | | Riverstone |
| Hall-Jennifer | Non-Attorney | | Buxbaum Loggia |
| Hanna-Michael | Non-Attorney | | Riverstone |
| Hermes-Bob | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| Isely-Catherine | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| LeBlanc-Sandra | Non-Attorney | | Riverstone |
| LeGros-Christopher | Non-Attorney | | Riverstone |
| Lemire-Maureen | Non-Attorney | | Riverstone |
| Loggia-Joe | Non-Attorney | | Buxbaum Loggia |
| McCarthy-Linda | Non-Attorney | | Riverstone |
| Meier-Renee | Non-Attorney | | Riverstone |
| Parker-John | Attorney | Senior Vice President - Reinsurance Reinsurance Counsel | Riverstone |
| Pascale-Bill | Non-Attorney | | Riverstone |
| Pines-Amy | Attorney | Associate | Butler Rubin Saltarelli & Boyd |
| Rubin-James | Attorney | Partner | Butler Rubin Saltarelli & Boyd |
| Salvatore-Carole | Non-Attorney | | Riverstone |
| Shiffer-Kristina | Non-Attorney | | Riverstone |
| Staley-Michael | Non-Attorney | | Riverstone |
| Stelmach-Doreen | Non-Attorney | | Riverstone |
| Thibodeau-Elizabeth | Non-Attorney | | Riverstone |
| Weikers-Ann | Attorney | Assistant Vice President Deputy Reinsurance Counsel | Riverstone |
| Weitzner-Steve | Non-Attorney | | Buxbaum Loggia |
| Westover-Michael | Non-Attorney | | Riverstone |