# ALDORT DECLARATION

# EXHIBIT 1
# FILED UNDER SEAL