# ALDORT DECLARATION

# EXHIBIT 4
# FILED UNDER SEAL