# ALDORT DECLARATION

# EXHIBIT 5
# FILED UNDER SEAL