# ALDORT DECLARATION

# EXHIBIT 6
# FILED UNDER SEAL