```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

AIU INSURANCE COMPANY,

              Plaintiff,

    – v. –

TIG INUSRANCE COMPANY,

             Defendant.

------------------------------------------------------------------X

07 CIV 7052 (SHS)

**ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION**

Upon the motion of Sean Thomas Keely, attorney for Defendant TIG Insurance Company, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Joelle K. Blomquist, Esq.
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
Phone: (312) 444-9660
Fax: (312) 444-9287
E-mail: jblomquist@butlerrubin.com

is admitted to practice *pro hac vice* as counsel for Defendant TIG Insurance Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~May~~ June 16, 2008

                                                                      United States District Judge

W0068267v1