**Hogan Lovells**



Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/10

July 29, 2010

**By Hand Delivery**

Honorable Sidney H. Stein
United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

Re:   *AIU Insurance Company v. TIG Insurance Company*, Index No.: 07 CV 7052 (SHS)

Dear Judge Stein:

In follow up to our letter of April 19, 2010, we write to inform the Court that Amy A. Pines, who previously filed an appearance on behalf of the defendant, TIG Insurance Company, in the above referenced matter, is no longer associated with Butler Rubin Saltarelli & Boyd LLP and thus no longer represents TIG Insurance Company in this matter. In addition, Mark A. Schwartz, who also had previously filed an appearance on behalf of TIG Insurance Company in the above referenced matter, is no longer staffed to this matter. As such, we respectfully request that both appearances of Amy A. Pines and Mark A. Schwartz be withdrawn.

Respectfully submitted,

Maria Orecchio

Associate
maria.orecchio@hoganlovells.com
D 212.909.0656

cc:   Marc L. Abrams (By email)
      Sean Keely (By email)
      Catherine E. Isely (By email)
      Joelle B. Larson (By email)

Application granted
SO ORDERED 8/2/10

SIDNEY H. STEIN
U.S.D.J.