UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
AIU INSURANCE COMPANY,                :
:
                Plaintiff,      :
:
  -against -                                          :    Civil Action No. 07 CIV 7052 (SHS) (HBP)
:
TIG INSURANCE COMPANY,                :    **CIVIL CASE MANAGEMENT**
:    **PLAN AND SCHEDULING ORDER**
                Defendant.    :
:
---------------------------------------------------x

      After consultation with counsel for the parties, the following Case Management Plan is adopted.

1. All fact discovery shall be completed by January 14, 2011.

2. Initial expert reports pursuant to Fed. R. Civ. P. Rule 26(a)(2)(B) shall be served by January 28, 2011.

3. Depositions of experts identified pursuant to paragraph 2 above shall be completed by February 16, 2011.

4. Rebuttal expert reports shall be served by March 4, 2011.

5. Depositions of experts identified pursuant to paragraph 4 above shall be completed by March 21, 2011.

6. Dispositive motions shall be served by April 20, 2011.

7. Answering papers in response to dispositive motions shall be served by May 25, 2011.

8. Reply papers in further support of dispositive motions shall be served by June 15, 2011.

Dated: October 13, 2010

*[signature]*

William A. Maher (WM-9470)
Marc L. Abrams (ML-6600)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
mabrams@wmd-law.com

*Attorneys for Plaintiff*
*AIU Insurance Company*

SO ORDERED:

*[signature]*
U.S.M.J.

*[signature]*

Sean Thomas Keely (SK-8593)
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
sean.keely@hoganlovells.com

-and-

James I. Rubin, Esq. (*pro hac vice*)
Catherine E. Isely, Esq. (*pro hac vice*)
Julie Rodriguez Aldort, Esq. (*pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

*Attorneys for Defendant*
*TIG Insurance Company*

467353v1