USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AIU INSURANCE COMPANY,

           Plaintiff,

-v.-                            Civil Action No. 07 Civ. 7052 (SHS)(HBP)

TIG INSURANCE COMPANY,

           Defendant.

-----------------------------------------------------------x

## JOINT STIPULATION AND ORDER AMENDING
## THE CIVIL CASE MANAGEMENT AND SCHEDULING ORDER

The parties, AIU Insurance Company ("AIU") and TIG Insurance Company ("TIG"), by and through their undersigned counsel, hereby jointly stipulate to the following:

**WHEREAS** on October 14, 2010, the Court entered a Civil Case Management Plan and Scheduling Order setting forth a schedule for completion of fact and expert discovery and briefing of dispositive motions (the "Scheduling Order");

**WHEREAS** on January 21, 2011, the Court entered a Joint Stipulation and Order Amending the Civil Case Management and Scheduling Order to allow for the deposition of Paul Colon to be taken after the fact discovery deadline and to adjust expert discovery to accommodate the deposition (the "Scheduling Order");

**WHEREAS** due to circumstances beyond the parties control, the deposition of Mr. Colon had to be cancelled twice due to weather conditions that did not permit travel;

and

**WHEREAS** the parties have conferred and mutually agree, subject to the approval of the Court, to amend the Scheduling Order as provided in this Stipulation and Order; now therefore

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Notwithstanding the January 14, 2011 deadline for the completion of fact discovery, TIG shall be permitted to take the deposition of Paul Colon on February 10, 2011 or such other date as the parties mutually agree;

2. Initial expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) shall be served by February 23, 2011;

3. Depositions of experts identified in paragraph 2 above shall be completed by March 11, 2011;

4. Rebuttal expert reports shall be served by March 30, 2011;

5. Depositions of experts identified in paragraph 4 above shall be completed by April 12, 2011;

6. Dispositive motions shall be served by April 29, 2011;

7. Answering papers in response to dispositive motions shall be served by June 3, 2011;

8. Reply papers in further support of dispositive motions shall be served by June 24, 2011; and

9. All other deadlines provided in the Scheduling Order shall remain the same; and it is further

**STIPULATED AND AGREED,** that this Stipulation and Order may be executed in counterparts and that a facsimile or electronic copy in PDF or other format of this Stipulation and Order shall be deemed an original for all purposes.

Dated: February 8, 2011

_____
William A. Maher (WM-9470)
Marc L. Abrams (MA-6600)
Michael C. Ledley (ML-2896)
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company

_____
James I. Rubin, Esq. (IL 02413191 – *admitted pro hac vice*)
Catherine E. Isely, Esq. (IL 06237505 – *admitted pro hac vice*)
Julie Rodriguez Aldort, Esq. (IL 06271412 – *admitted pro hac vice*)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660

       and

Sean Thomas Keeley
Lovells LLP
590 Madison Avenue
New York, NY 10022

Attorneys for Defendant TIG Insurance Company

SO ORDERED:

_____
473166v1    USAS
2-25-11

3