

WOLLMUTH MAHER & DEUTSCH
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/11**

April 26, 2011

BY FACSIMILE

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**MEMO ENDORSED**

Re:  AIU Insurance Company v. TIG Insurance Company
     Case No. 07-cv-7052 (SHS)

Dear Judge Stein:

We represent plaintiff AIU Insurance Company in this action. Pursuant to the Court's current Case Management Plan and Scheduling Order, as amended on January 21, 2011, the current deadline for the parties to file summary judgment motions is this Friday, April 29. The parties have conferred and have agreed jointly to request leave of the Court to file opening and opposition briefs of up to 35 pages in length and reply briefs of up to 20 pages.

Discovery has been ongoing in this case since the Fall of 2007, the parties have exchanged many thousands of pages of documents and together have taken more than 25 fact and expert depositions. The parties anticipate that the summary judgment briefing will address a number of complex issues, including a fact-intensive choice of law analysis. While the parties are cognizant of the value of concision and do not wish to burden the court with unnecessarily long submissions, both parties agree that the Court's 25-page limit may not allow for a clear and complete discussion of the issues.

Respectfully submitted,

William A. Maher

SO ORDERED 4/27/11

SIDNEY H. STEIN
U.S.D.J.