UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AIU INSURANCE COMPANY,                           :

                  Plaintiff,                  :

            -against-                              :                    07 Civ. 7052 (SHS) (HBP)

TIG INSURANCE COMPANY,                           :                    **ORDER OF REFERENCE**
                                                                                        **TO A MAGISTRATE JUDGE**
                  Defendant.               :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/12

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation):

Dated:  New York, New York
         July 17, 2012

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.