```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

AIU INSURANCE COMPANY,                :

                Plaintiff,            :    07 Civ. 7052 (SHS)(HBP)

     -against-                        :    ORDER

TIG INSURANCE COMPANY,                :

                Defendant.            :

-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Given the extremely voluminous material the parties have submitted in connection with (1) their respective cross-motions for summary judgment (Docket Items 100 and 110) and (2) defendant's motion to strike the Declaration of Richard Kafaf (Docket Item 97), it is virtually impossible that any material arguments or facts remain unsaid. Accordingly, the parties' application for oral argument is denied.

Dated:  New York, New York
        July 24, 2012

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

William A. Maher, Esq.
Marc L. Abrams, Esq.
Wollmurth, Maher & Deutsch LLP
500 Fifth Avenue, Suite 1200
New York, New York  10110

Julie Rodriguez Aldort, Esq.
Catherine E. Isely, Esq.
Joelle B. Larson, Esq.
James I. Rubin, Esq.
Butler, Rubin, Saltarelli & Boyd, LLP
70 West Madison Street, Suite 1800
Chicago, Illinois  60602

Sean T. Keely, Esq.
Hogan Lovells
875 Third Avenue
New York, New York  10022