USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
AIU INSURANCE COMPANY,                                    :
                                                          :
          Plaintiff,                                     :
                                                          :
-v. -                                                     :   Civil Action No. 07 Civ. 7052 (SHS)(HBP)
                                                          :
TIG INSURANCE COMPANY,                                    :
                                                          :
          Defendant.                                     :
                                                          :
----------------------------------------------------------x

## JOINT STIPULATION AND ORDER

       The parties, AIU Insurance Company ("AIU") and TIG Insurance Company ("TIG"), by and through their undersigned counsel, hereby jointly stipulate to the following:

       **WHEREAS** by notices of motion dated April 29, 2011, AIU filed its Motion for Partial Summary Judgment and TIG filed its Renewed Motion for Summary Judgment in the above referenced matter pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 56(c) and (d); and

       **WHEREAS** on June 3, 2011, AIU and TIG each filed and served papers in opposition to the other party's motion; and

       **WHEREAS** on June 24, 2011, AIU and TIG each filed and served reply papers in further support of its motion; and

       **WHEREAS** on August 16, 2012, United States Magistrate Judge Henry Pitman issued a Report and Recommendation concerning the motions; and

       **WHEREAS** the Report and Recommendation provides that the parties shall have until August 30, 2012, being fourteen (14) days from the date of service of the Report and

Recommendation, to serve and file written objections, in accordance with Fed R. Civ. P. 72 (b)(2) and Fed. R. Civ. P. 6(a) and 6(d); and

**WHEREAS**, the Report and Recommendation permits the parties to seek adjournments from Judge Stein prior to this date; and

**WHEREAS** the parties agree to extend the briefing deadlines for objections and responses thereto as set forth below, now therefore

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. Objections by either party to the Report and Recommendation shall be served and filed on or before September 18, 2012;

2. Responses to such objections by either party shall be served and filed on or before October 16, 2012;

3. AIU reserves its right to seek the Court's consideration and review of a reply submission;

4. TIG reserves its right to oppose such a reply submission; and it is further

**STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and that a facsimile of this Stipulation shall be deemed an original for all purposes.

2

Dated: August 21, 2012

_____

William A. Maher
Marc L. Abrams
Michael C. Ledley
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300

Attorneys for Plaintiff AIU Insurance Company

_____

James I. Rubin, Esq. *(admitted pro hac vice)*
Catherine E. Isely, Esq. *(admitted pro hac vice)*
Julie Rodriguez Aldort, Esq. *(admitted pro hac vice)*
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660

and

Sean Thomas Keeley
Lovells LLP
590 Madison Avenue
New York, NY 10022

Attorneys for Defendant TIG Insurance Company

SO ORDERED: 8/27/12

_____

SIDNEY H. STEIN
UNITED STATES DISTRICT COURT JUDGE