USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AIU INSURANCE COMPANY,                  :       07 Civ. 7052 (SHS)

                  Plaintiff,              :
                                                ORDER
    -against-                           :

TIG INSURANCE COMPANY,                  :

                  Defendant.              :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        In light of the joint request by the parties to extend the briefing for any objections and responses to objections to the Report and Recommendation to October 16, 2012,

        IT IS HEREBY ORDERED that the pending motions in this action [document nos. 97, 100, and 110] are dismissed without prejudice. The motions will be reinstated upon the filing of any objections and responses to objections to the Report and Recommendation due by October 16, 2012.

Dated: New York, New York
       August 28, 2012

                                                            SO ORDERED:

                                                             Sidney H. Stein, U.S.D.J.