# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

September 7, 2012

**BY FACSIMILE**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/12

Re: AIU Insurance Company v. TIG Insurance Company
Case No. 07-cv-7052 (SHS)

Dear Judge Stein:

We represent plaintiff AIU Insurance Company ("AIU") in this action. Pursuant to the Court's August 27, 2012 Stipulated Order, the deadline for AIU to file an objection (the "Objection") to magistrate Judge Pitman's August 16, 2012 Report and Recommendation (the "Report") is September 18. We are not aware of any specific page limit applicable to the Objection, although we note the Court's Individual Practices impose a limit of 25 pages on memoranda of law on motions. Out of an abundance of caution, we respectfully request the Court's permission for AIU to submit an Objection of up to 35 pages and for defendant TIG Insurance Company ("TIG") to submit a response of up to 35 pages. We have conferred with counsel for TIG, who consents to this request.

The Report is 57 pages long and addresses a number of complex issues, including a highly fact-intensive and multi-factored choice of law analysis. We do not wish to burden the court with unnecessarily long submissions and will endeavor to be concise as possible, but we are concerned that a 25-page limit may not allow for a clear and complete discussion of the issues.

Respectfully submitted,

William A. Maher

cc: James I. Rubin (by email)
Catherine E. Isely (by email)
Julie Rodriguez Aldort (by email)
Sean Thomas Keely (by email)

SO ORDERED 9/11/12

SIDNEY H. STEIN
U.S.D.J.