USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12

# BUTLER RUBIN SALTARELLI & BOYD LLP

September 17, 2012

Direct Dial: (312) 696-4478
Direct Fax: (312) 444-873-4328
jaldort@butlerrubin.com

**BY FACSIMILE**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

Re: AIU Insurance Company v. TIG Insurance Company,
Case No. 07-cv-7052 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

We are counsel to defendant TIG Insurance Company ("TIG"). We respectfully request that the name of Joelle B. Larson, Esq. be removed from the list of attorneys representing TIG in this case and from the list of persons to receive electronic notices in this case because Ms. Larson is no longer an associate of this firm.

Respectfully,

Julie Rodriguez Aldort

JRA:wlk

cc: William A. Maher
    Marc Abrams
    James I. Rubin
    Catherine E. Isely
    Sean T. Keely

496728v1

SO ORDERED 9/18/12

SIDNEY H. STEIN
U.S.D.J.

BR  BUTLER RUBIN   70 WEST MADISON STREET | SUITE 1800 | CHICAGO, IL 60602-4257
TEL 312-444-9660 | FAX 312-444-9287 | WWW.BUTLERRUBIN.COM