USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AIU INSURANCE COMPANY,              :     07 Civ. 7052 (SHS)

                Plaintiff,     :

     -against-                    :     <u>ORDER</u>

TIG INSURANCE COMPANY,              :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       In accordance with the Court's Order dated August 28, 2012, that the pending motions would be reinstated upon the filing of objections and responses to objections to the Report and Recommendation,

       IT IS HEREBY ORDERED that motions numbered 97, 100, and 110 are reinstated.

Dated: New York, New York
       October 17, 2012

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.