USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AIU INSURANCE COMPANY,
                        Plaintiff,

        -against-

TIG INSURANCE COMPANY,
                        Defendant.
-----------------------------------------------------------X

07 **CIVIL** 7052 (SHS)

**JUDGMENT**

Whereas on August 16, 2012, the Honorable Henry B. Pitman, United States Magistrate Judge, to whom this matter was referred, having issued a Report and Recommendation (the "report") recommending that the Court grant TIG's motion for summary judgment, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on March 25, 2013, having rendered its Opinion and Order adopting Judge Pitman's Report in full, granting TIG's motion for summary judgment, and denying AIU's cross-motion for partial summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2013, the Court adopts Judge Pitman's Report in full; TIG's motion for summary judgment is granted and AIU's cross-motion for partial summary judgment is denied.

**Dated:** New York, New York
         March 26, 2013

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
               **BY:**
                                                     **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____