UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                         :

AIU INSURANCE COMPANY,             :    Civil Action No.: 07 CIV 7052 (SHS)
                                                         :
                     Plaintiff,              :
         -against-                          :
                                                         :    **NOTICE OF APPEAL**
TIG INSURANCE COMPANY,               :
                                                         :
                   Defendant.          :
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment of the United Stated District Court for the Southern District of New York, entered on March 26, 2013 (Docket No. 139), and from each and every part thereof.

Dated: New York, New York
       April 23, 2013

                                         WOLLMUTH MAHER & DEUTSCH LLP

                                         By:  /s/ William A. Maher
                                                William A. Maher
                                                Michael C. Ledley

                                       500 Fifth Avenue
                                       New York, New York10110

                                       *Attorneys for Plaintiff AIU Insurance Company*