N.Y.S.D. Case #
07-cv-7052(SHS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand and fourteen.

_____

AIU Insurance Company,

Plaintiff-Appellant,

v.

TIG Insurance Company,

Defendant-Appellee.

**STATEMENT OF COSTS**

Docket No. 13-1580

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $237.80 in favor of the Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2014

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/30/2014